```
 1                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA
 2                            MIAMI DIVISION
                        CASE NO. 18-cr-20710-CMA
 3

 4     UNITED STATES OF AMERICA,        Miami, Florida

 5              Plaintiff,              December 16, 2019

 6         vs.                          1:20 p.m. to 1:58 p.m.

 7     JOHN SCHOLTES,                   Courtroom 12-2

 8              Defendant.              (Pages 1 to 31)

 9     _____

                             CHANGE OF PLEA
10            BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                      UNITED STATES DISTRICT JUDGE
11
       APPEARANCES:
12
       FOR THE GOVERNMENT:     KEVIN J. LARSEN, ESQ.
13                             Assistant United States Attorney
                               Economic Crimes Section
14                             99 Northeast Fourth Street
                               Miami, FL  33132-2131
15                             (305) 961-9431
                               kevin.larsen@usdoj.gov
16
       FOR THE DEFENDANT:      JEFFREY MARCUS, ESQ.
17                             DANIEL L. RASHBAUM, ESQ.
                               ALLISON M. GREEN, ESQ.
18                             Marcus Neiman & Rashbaum, LLP
                               2 South Biscayne Boulevard
19                             17th Floor, Suite 1750
                               Miami, FL  33131-1806
20                             (305) 400-4261
                               jmarcus@mnrlawfirm.com
21                             drashbaum@mnrlawfirm.com
                               agreen@mnrlawfirm.com
22

23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2     REPORTED BY:          STEPHANIE A. McCARN, RPR
                             Official Court Reporter
 3                           400 North Miami Avenue
                             Twelfth Floor
 4                           Miami, Florida 33128
                             (305) 523-5518
 5                           Stephanie_McCarn@flsd.uscourts.gov

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2                         WITNESSES

 3

 4    WITNESSES FOR THE GOVERNMENT:                    Page

 5

 6

 7    WITNESSES FOR THE DEFENDANT:                     Page

 8

 9

10    EXHIBITS IN EVIDENCE              MARKED    ADMITTED

11

12

13

14                      MISCELLANEOUS

15                                                   Page
      Proceedings.......................................  4
16    Court Reporter's Certificate.....................  25

17

18

19

20

21

22

23

24

25
```

1              (The following proceedings were held at 1:20 p.m.)

2              THE COURT:  Good afternoon.  Please state your

3    appearances.

4              MR. LARSEN:  Good afternoon, Your Honor, Kevin Larsen

5    on behalf of the United States.

6              MR. MARCUS:  Good afternoon, Your Honor, Jeff Marcus,

7    Dan Rashbaum and Allison Green on behalf of John Scholtes,

8    who's present in court.

9              THE COURT:  Good afternoon.  Please be seated.

10             Do we have some papers for me, please?

11             MR. MARCUS:  Yes, Your Honor.  May I approach?

12             THE COURT:  Please.

13             Mr. Scholtes, if you'd raise your right hand, please.

14        (The Defendant was sworn.)

15             THE DEFENDANT:  I do.

16             THE COURT:  Mr. Scholtes, I'm going to be asking you

17   some questions this afternoon in order to accept your change in

18   plea from a plea of not guilty to a plea of guilty to the

19   charges contained in Counts 1 and 39 of the second superseding

20   indictment.

21             If at any time you do not understand any of my

22   questions, please let me know, and I will try to clarify the

23   question for you.  Also, if at any time you would like to speak

24   with your attorneys and consult with them off the record, let

25   me know that, and we will pause to give you an opportunity to

1    do so.

2           And last, please note that you are under oath.  All of

3    your answers to my questions must be truthful.  If they are

4    not, you may be subjected to charges of perjury.

5           And do you understand these instructions?

6           THE DEFENDANT:  Yes, Your Honor.

7           THE COURT:  Please state your full name.

8           THE DEFENDANT:  John Andre Scholtes.

9           THE COURT:  How old are you?

10          THE DEFENDANT:  56.

11          THE COURT:  How far did you go in school?

12          THE DEFENDANT:  I received an AA degree, an associate

13   of art degree.

14          THE COURT:  And what country are you a citizen of?

15          THE DEFENDANT:  U.S.

16          THE COURT:  Have you ever been treated for a mental

17   illness or for an addiction to narcotic drugs?

18          THE DEFENDANT:  No, Your Honor.

19          THE COURT:  Have you taken any drugs or alcohol in the

20   last 48 hours?

21          THE DEFENDANT:  I had wine last night, Your Honor,

22   with dinner.

23          THE COURT:  Do you believe that you have any mental or

24   physical condition or illness that prevents you from

25   understanding what's happening here in court this afternoon?

1    THE DEFENDANT:  No, Your Honor.

2    THE COURT:  And to Defense counsel, in your opinion,

3    is your client competent to enter a guilty plea?

4    MR. MARCUS:  Yes, he is.

5    THE COURT:  Mr. Scholtes, prior to today, did you

6    receive a copy of the second superseding indictment containing

7    the written charges against you?

8    THE DEFENDANT:  Yes, Your Honor.

9    THE COURT:  Have you fully discussed that indictment

10   and your case in general with your attorneys?

11   THE DEFENDANT:  Yes, Your Honor.

12   THE COURT:  And are you fully satisfied with the

13   counsel, the representation and the advice that you have

14   received from your attorneys?

15   THE DEFENDANT:  Yes, Your Honor.

16   THE COURT:  So as I said before, you plead guilty to

17   the charge in Count 1, and that is conspiracy to commit

18   healthcare fraud in violation of 18 U.S. Code, Section 1349,

19   and you plead guilty to Count 39, which charges you with

20   conspiracy to defraud the United States and to receive

21   healthcare kickbacks in violation of 18 U.S. Code, Section 371.

22   Do you understand these charges?

23   THE DEFENDANT:  Yes, Your Honor.

24   THE COURT:  Mr. Larsen, could you please set forth the

25   elements of these offenses?

1          MR. LARSEN:  Of course, Your Honor.

2          The Government must prove as to Count 1, conspiracy to

3     commit healthcare fraud, that the Defendant or two or more

4     persons in some way or manner agreed to try to accomplish a

5     common and unlawful plan to commit healthcare fraud as charged

6     in the second superseding indictment, and that the Defendant

7     knew the unlawful purpose of the plan and willfully joined in

8     it.

9          With respect to the underlying charge of healthcare

10    fraud that is the object of the conspiracy, the Government must

11    prove that the Defendant knowingly executed or attempted to

12    execute a scheme or artifice to defraud a healthcare benefit

13    program or to obtain money or property owned by or under the

14    custody or control of a healthcare benefit program by means of

15    false or fraudulent pretenses, representations or promises,

16    that the healthcare benefit program affected interstate

17    commerce, the false or fraudulent pretenses representations or

18    promises related to a material fact, and that the Defendant

19    acted willfully and intended to defraud, and that the Defendant

20    did so in connection with the delivery of or payment for

21    healthcare benefits, items or services.

22          With respect to Count 39, the Government must prove it

23    is a multiobject conspiracy charging conspiracy to defraud the

24    United States and to receive healthcare kickbacks.  The

25    Government must show that the Defendant, two or more persons

1   including the Defendant in some way agreed to try to accomplish

2   a shared and unlawful plan, that the Defendant knew the

3   unlawful purpose of the plan and willfully joined in it.

4            And during the conspiracy, one of the conspirators

5   knowingly engaged in at least one overt act as described in the

6   indictment.  And, four, the overt act was committed at or about

7   the time alleged and with the purpose of carrying out or

8   accomplishing some act -- or excuse me, object of the

9   conspiracy.  Thanks.

10           THE COURT:  Thank you.

11           And to Defense counsel, do you agree that that's an

12  accurate statement of the elements?

13           MR. MARCUS:  Yes, Your Honor.

14           THE COURT:  And would you please state the steps you

15  have taken to familiarize Mr. Scholtes with the charges against

16  him, the Government's evidence, his defenses, his right to

17  proceed to trial and the consequences of a guilty plea?

18           MR. MARCUS:  Your Honor, the superseding indictment

19  against Mr. Scholtes was returned, and he was arraigned in May

20  of this year.  Since that time we've gone through the written

21  charges, the indictment.  We've gone through all of the

22  Government discovery in the case, which is hundreds of

23  thousands of various types of documents, e-mails, agreements.

24  We've met with our client fairly regularly in going over the

25  case.

1          We've done investigation of our own, including talking

2   to potential witnesses and looking at -- for both potential

3   witnesses for the Government as well as for the Defense case.

4   We've gone through the expert reports for the Government.

5   We've gone through legal analysis of the charges, likely jury

6   instructions, as well as the Government's exhibits, which were

7   recently disclosed to us with our client.

8          So that's what we've done.

9          THE COURT:  And with regard to the plea?

10          MR. MARCUS:  We have gone through -- starting on

11   Friday and through the weekend, including today, we've gone

12   through the plea agreement, the terms of it, all of them, as

13   well as the written proffer, and we've gone back and forth with

14   the Government on that as well.  And our client has read that,

15   and we've talked with him about it.

16          THE COURT:  Thank you.

17          And, Mr. Scholtes, do you agree with the summary that

18   Mr. Marcus just gave me in response to my question?

19          THE DEFENDANT:  Yes, Your Honor.

20          THE COURT:  Mr. Scholtes, do you have in front of you

21   a copy of your written plea agreement?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  I have what appears to be the original

24   document.  It shows your signature on Page 11 with today's

25   date.  Did you have the opportunity of reading this and

1    discussing it fully with your attorneys before you signed it?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  So what I'm going to do at this time is

4    I'm going to go over some parts of the agreement with you.  I

5    won't be reading the entire agreement, rather I'm going to be

6    focusing on some of its provisions to assure myself that you

7    understand it and that your plea is voluntary.

8              I'd like to begin by addressing the subject of

9    paragraph 3, which is sentencing, and explain to you the

10   sentencing process in my own words.

11             After I accept your plea of guilty here this

12   afternoon, I'm going to be asking the court's probation office

13   to prepare what is known as a presentence investigation report.

14   A probation officer will be assigned to investigate you and

15   your offense conduct.  That officer will gather information

16   about you, including by interviewing you personally in the

17   presence of your attorneys, and will prepare a draft report

18   that we will all receive weeks before your sentencing hearing.

19   You will have a chance to see it.

20             Included within the report is a section that addresses

21   the federal sentencing guidelines.  You will see by applying

22   the guidelines to your offense conduct and based upon your

23   history a range of sentencing is produced from a low to a high

24   end that the guidelines suggest as a reasonable sentence.

25             The attorneys have the ability to file written

1    objections to that draft report.  If any objections are filed,

2    the probation office responds with a written addendum that,

3    again, we receive before your sentencing hearing.

4            At your sentencing hearing, the attorneys and I

5    discuss the advisory guidelines, and you will hear me orally

6    announce what I believe is your applicable advisory sentencing

7    guideline range.  And what I announce as your guideline range

8    may be different from what you see in the report, it may also

9    be different from what you and your attorneys discuss as a

10   likely guideline range.

11           After I do that, I go on to consider and apply a

12   number of statutory factors before imposing sentence, so at the

13   end of this process, the sentence I impose may end up being

14   higher than or lower than the sentence produced by application

15   of the guidelines.

16           I have the authority to sentence you up to the

17   statutory maximum for this offense, and you may -- these

18   offenses, and you may not withdraw your plea of guilty as a

19   result of a sentence imposed.

20           Do you understand?

21           THE DEFENDANT:  Yes, Your Honor.

22           THE COURT:  Now, paragraph 4 of your plea agreement

23   informs you that, as to Count 1, the maximum possible sentence

24   is 10 years' imprisonment followed by supervised release of up

25   to 3 years and a fine of up to $250,000.

1        As to Count 39, the maximum possible sentence is 5

2  years' imprisonment followed by supervised release of up to 3

3  years and a fine of up to $250,000, or twice the gross gain or

4  gross loss from the offense, as well as restitution on each

5  count of conviction.

6        Do you understand what your maximum possible sentence

7  may be?

8        THE DEFENDANT:  Yes, Your Honor.

9        THE COURT:  In paragraph 7, the U.S. Attorney's Office

10  will recommend that I reduce by two levels the sentencing

11  guideline level applicable to your offense because you have

12  accepted personal responsibility.

13        If your offense level should be 16 or greater, then

14  the Government will seek an additional one-level decrease.  You

15  see that there are three conditions contained in paragraph 7

16  that you must satisfy in order for the Government to make these

17  recommendations.

18        Do you understand and agree?

19        THE DEFENDANT:  Yes, Your Honor.

20        THE COURT:  In paragraph 8, you and the Government

21  will jointly recommend that I find your base offense level

22  under the guidelines to be a Level 6, that your conduct caused

23  an actual loss to the TRICARE and Medicare programs in an

24  amount greater than $3.5 million but less than $9.5 million

25  resulting in an 18-level enhancement.  An additional 3-level

1    enhancement applies to your conduct because the loss to TRICARE

2    and Medicare exceeded $7 million.  These -- this foregoing loss

3    figure includes similar conduct that you committed in the

4    District of New Jersey pertaining to Spectrum and Metric

5    Laboratories, which qualifies as relevant conduct.

6         Next, with the exception of sophisticated means and

7    role, which you and the Government reserve the right to argue

8    for or against, you and the Government agreed that no other

9    enhancements under the guidelines apply to your conduct.

10        Do you understand and agree?

11        THE DEFENDANT:  Yes, Your Honor.

12        THE COURT:  In paragraph 10, you're agreeing to

13   provide cooperation to the U.S. Attorney's Office.  The U.S.

14   Attorney's Office reserves the right to evaluate your

15   cooperation.  And if it was significant to the prosecution of

16   others, the Government may file a motion before you are

17   sentenced, at the time of sentencing, or after you have been

18   sentenced advising of your cooperation and requesting a

19   sentence reduction, and I am under no obligation to grant such

20   a motion should it be filed.

21        Do you understand?

22        THE DEFENDANT:  Yes, Your Honor.

23        THE COURT:  In paragraph 12, you are informed that you

24   have the right to appeal your sentence, but in exchange for the

25   agreement that you have negotiated with the Government, you are

1    giving up your right to appeal your sentence unless it exceeds

2    the statutory maximum or is the result of an upward departure

3    from the guideline range I establish at sentencing.  Nothing in

4    the agreement affects the Government's right to appeal.  If the

5    Government does file a notice of appeal, then you are released

6    from your waiver of appellate rights.

7            You have discussed this appellate waiver provision

8    with your attorney, and you are waiving your right to appeal

9    your sentence knowingly and voluntarily.

10           Is all of this true and correct?

11           THE DEFENDANT:  Yes, Your Honor.

12           THE COURT:  In paragraph 14, you're agreeing to the

13   entry of a forfeiture money judgment in the amount of $718,589.

14           Do you understand and agree?

15           THE DEFENDANT:  Yes, Your Honor.

16           THE COURT:  Mr. Scholtes, is anyone putting pressure

17   upon you, forcing you or coercing you to plead guilty and agree

18   to these terms?

19           THE DEFENDANT:  No, Your Honor.

20           THE COURT:  Has anyone made to you any promises or

21   assurances in exchange for your plea of guilty other than the

22   promises contained in the written plea agreement?

23           THE DEFENDANT:  No, Your Honor.

24           THE COURT:  Are you pleading guilty of your own free

25   will because, in fact, you are guilty as charged?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  You understand that the offenses to which

3    you plead guilty are felony offenses.  When I accept your plea

4    of guilty, I will adjudicate you guilty, and as a result you

5    will suffer the loss of valuable civil liberties.  These

6    include the right to vote, the right to hold office, the right

7    to serve on a jury, the right to possess firearms.  And in the

8    event that you are mistaken, and you are not a U.S. citizen,

9    this may be used against you to deport you to your native

10   country.

11         Do you understand?

12         THE DEFENDANT:  Yes, Your Honor.

13         THE COURT:  I'm going to go over with you at this time

14   the constitutional rights that you give up by pleading guilty.

15         You understand that if this case had proceeded to a

16   trial, you would have had the right to be represented by an

17   attorney.  The Government would be required to bring witnesses

18   to court who would testify in your presence.  You would have

19   the right to confront those witnesses and have your attorney

20   cross-examine them.  You would have the right to bring

21   witnesses of your own to testify in your defense, and if those

22   witnesses did not wish to come to court, you could use the

23   court's compulsory process to get them here.

24         You would have the right to testify and have your

25   testimony be considered like that of any other witness in the

1      case, or you could elect to remain silent, and if you did so,

2      that could not be used against you in any way.

3              You would be entitled to the presumption of innocence.

4      The Government would have to prove the charges against you

5      beyond and to the exclusion of every reasonable doubt, and that

6      is the highest burden of proof we have in our system of laws.

7              Your case would be tried to a jury consisting of 12

8      members whom you and the Government would select, and if you

9      lost at trial, you would have the right to take an appeal.

10             Do you understand by pleading guilty, you give up all

11     of these rights that we associate with trial as well as with

12     appeal?

13             THE DEFENDANT:  Yes, Your Honor.

14             THE COURT:  Mr. Scholtes, do you have in front of you

15     another document, this one entitled "Factual Proffer"?

16             THE DEFENDANT:  Yes, Your Honor.

17             THE COURT:  Did you have the opportunity of reading

18     this and discussing it fully with your attorneys before you

19     signed it earlier today?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  So you agree if this case had gone to

22     trial, the Government would be able to prove beyond a

23     reasonable doubt that beginning in January of 2015 through July

24     of 2015, you conspired and agreed with Senthil Ramamurthy,

25     Anthony Mauzy, Tom Sahs, Rajesh Mahbubani, Mangala Ramamurthy,

Asif Uddin, Jennifer John Carbon and others to commit

healthcare fraud by submitting false and fraudulent claims to

the TRICARE program.   TRICARE is a federal healthcare benefit

program affecting commerce that provides civilian health

benefits for military personnel, military retirees and military

dependants.

          The scheme here involved submitting false and

fraudulent claims, including those claims set forth in Counts 2

to 9 of the second superseding indictment to TRICARE for

expensive and medically unnecessary pain creams, scar creams

and multivitamins that were billed through Pharmacy 1,

Pharmacy 2 and other pharmacies.

          Pharmacy 1 was a compounding pharmacy in the Middle

District of Florida.   Pharmacy 2 was a compounding pharmacy in

the Northern District of Oklahoma.   You were the owner of

E-M-E-T Advisors, Inc., a Florida company with its principal

place of business in Boca Raton, Florida.

          Ramamurthy was the owner of SKR Services and Ventures,

a Florida company with its principal place of business in

Miami.

          You and Ramamurthy negotiated an agreement with

Pharmacy 2 whereby SKR collectively received approximately

50 percent of the reimbursements less a modest cost of goods

sold from TRICARE for every prescription referral.

          During the conspiracy, SKR received approximately

$3.4 million in kickbacks in exchange for referring TRICARE prescriptions for numerous beneficiaries to Pharmacies 1 and 2. Ramamurthy, through SKR, paid hundreds of thousands of dollars in kickbacks, including the kickback payments set forth in Counts 12, 14, 17, 19, 20 to 22 and 24 to coconspirators Mauzy, Sahs and Mahbubani, either individually or through their company, MHQ Ventures, LLC.

SKR paid an additional $283,000 in kickbacks to Uddin, including the kickback payments set forth in Counts 25 to 26, 30 and 35.

Those coconspirators in turn paid sales reps to target TRICARE beneficiaries.  The sales reps induced TRICARE beneficiaries to sign up for the expensive drugs without regard to any legitimate medical need and often based on false representations and material omissions, including claims that the drugs were custom designed for the patient.

In fact, the prescription formulations were not customized for individuals' specific medical needs, but rather were developed to generate increased revenue from TRICARE. Based on the claims submitted, TRICARE reimbursed Pharmacies 1 and 2 thousands of dollars a month for a single compounded medication product.  For example, as alleged in Count 4, TRICARE reimbursed the approximate amount of $23,790 for a one-month supply of scar cream.

Based on these referrals, TRICARE paid claims to

Pharmacies 1 and 2 in the approximate sum of $6,314,170.

After obtaining the beneficiary's information, you and your coconspirators routed the beneficiary information and a preprinted prescription to a telemedicine company for ratification and paid between approximately $75 and $90 per consultation for prescriptions ratified by the telemedicine companies.

Often, as in the case of Dr. Ramamurthy, who ratified prescriptions, or Carbon, who forged the name of a doctor under her employ, the doctor would never even examine the patient.

You and your coconspirators also paid the sales reps kickbacks of approximately 350 to $500 for every prescription they induced and that was adjudicated by TRICARE.

During the conspiracy, you received approximately $447,000, including those kickback payments set forth in Counts 15 to 16 and 28 in kickbacks in exchange for, among other things, disseminating preprinted prescription pads containing formulations for compounded medications devised for maximum reimbursement and not for any individual's medical need, and negotiating contracts with telemedicine companies.

In the fall of 2014, you introduced coconspirators Ramamurthy and Carbon to one another.  During this conspiracy other charged coconspirators used false pretenses to gain access to U.S. military bases where they targeted TRICARE beneficiaries.  On multiple occasions you and other charged

coconspirators sent preprinted prescription pads to telemedicine companies directing those companies where to send patients.

After TRICARE significantly curtailed its reimbursement for compounded medications in approximately June 2015, you, Ramamurthy, Sahs, Mauzy and Mahbubani identified and pursued a potential new scheme in the form of targeting healthcare programs with insurance benefits for cancer genomic tests, or CGX. Beginning in July 2016 through December 2017, you, Ramamurthy, Dr. Ramamurthy and others conspired to defraud the United States and receive healthcare kickbacks targeting Medicare beneficiaries to receive expensive CGX testing from Laboratory 1 located in the Northern District of Georgia.

CGX testing is a highly complex and specialized type of genetic test designed to look for errors in genes that are associated with cancer. Medicare authorizes payment for medically necessary CGX testing only when prescribed by the patient's treating physician for the purpose of managing the patient's specific medical condition, and the patient has a cancer diagnosis or personal history of cancer.

As part of this scheme, you and coconspirator Ramamurthy negotiated a kickback arrangement with Laboratory 1 whereby the lab agreed to pay 45 percent minus a modest prenegotiated cost of goods sold of the amount reimbursed to Laboratory 1 by Medicare for each CGX test referred by

1   Ramamurthy's company, Q Health Services, LLC.

2          To further the scheme, your coconspirators, or

3   Ramamurthy's coconspirators targeted locations where Medicare

4   and Medicaid patients were known to be in high concentration,

5   such as, for example, adult day care and senior living centers

6   and health fairs.  Ramamurthy, through Q Health, paid marketers

7   to go to these locations and collect DNA saliva samples from

8   Medicare beneficiaries.

9          As part of the scheme, Ramamurthy recruited the

10  services of Dr. Mangala Ramamurthy to ratify orders for CGX

11  tests for patients she had no valid doctor-patient relationship

12  with.

13         In all, Laboratory 1 paid kickbacks to -- who is "his"

14  referring to, gentlemen?

15         MR. LARSEN:  Your Honor, it would be to the Defendant

16  and the other coconspirators charged in the -- in the Count 39,

17  specifically to Senthil Ramamurthy and marketers that worked

18  whether charged or uncharged.

19         THE COURT:  So what does his refer to, does it refer

20  to Mr. Scholtes?

21         MR. LARSEN:  It refers to -- to all of them, to

22  Mr. Scholtes and his coconspirators.

23         THE COURT:  All right.  So in all, Laboratory 1 paid

24  kickbacks to your coconspirators totalling approximately

25  $1,527,590 for numerous Medicare referrals during the

conspiracy.  Based on these referrals, Medicare paid
Laboratory 1 approximately $3,322,006.

In furtherance of the conspiracy, you e-mailed the CEO
of Laboratory 1 on July 27, 2016, from the Southern District of
Florida to the Northern District of Georgia negotiating the
percentage to be paid for each CGX referral Q Health sent to
Laboratory 1.

On September 22, 2016, Dr. Ramamurthy completed and
submitted to Laboratory 1 a provider's preferred order form and
provider authorization.  On November 16 and December 14, 2016,
respectively, Dr. Ramamurthy signed requisition forms ordering
GGX testing for Medicare patients M.M. and A.C.

Laboratory 1 paid Q Health a kickback in the
approximate amount of $74,217 on February 1, 2017.  And this
amount included a payment for the referral of Medicare patient
A.C.

On February 20, 2017, in response to concerns about
low Medicaid reimbursement for CGX samples referred by Q
Health, you sent an e-mail from the Southern District of
Florida to a principal of Laboratory 1 in the Northern District
of Georgia regarding a CGX org, period, call to review
protocols and reimbursements.

In addition, you sent text messages to one or more
employees of Laboratory 1 on April 17, May 1, and May 15, 2017,
regarding the receipt of payment from Laboratory 1 in exchange

1    for Q Health's referrals of completed CGX samples.

2            In late 2018 through early 2019, you also participated

3    in a similar scheme to defraud Medicare by receiving

4    approximately $250,303 in kickbacks and bribes in exchange for

5    referring CGX samples to Spectrum and Metric Laboratories.

6            Mr. Scholtes, are all of these facts true and correct?

7            THE DEFENDANT:  Your Honor, may I have one moment to

8    confer?

9            THE COURT:  Yes.

10        (Pause in proceedings.)

11            MR. MARCUS:  Thank you, Your Honor.

12            Just wanted to clarify to your questions about the way

13    the payments were done.  For the lab part of the case, the Lab

14    Solutions part, payments went to Q Health, so that's the

15    company that received payment and then distributed them to

16    marketers.  You asked some questions about that.

17            Similarly, the Spectrum and Metric Lab conduct that's

18    referenced as relevant conduct, same thing, companies -- moneys

19    were received and then distributed to marketers and others

20    involved.

21            THE COURT:  So the question, Mr. Scholtes, is, with

22    that clarification by your attorney, are all of the facts in

23    the factual proffer true and correct?

24            THE DEFENDANT:  Yes, Your Honor.

25            THE COURT:  Mr. Marcus, are you satisfied your client

understands his rights, what he's giving up today, and that

there has been a sufficient factual basis for his plea of

guilty to Counts 1 and 39 of the second superseding indictment?

MR. MARCUS:  Yes.

THE COURT:  Mr. Scholtes, how do you plead to those

counts, guilty or not guilty?

THE DEFENDANT:  Guilty.

THE COURT:  It is the finding of the Court that the

Defendant, John Scholtes, is fully competent and capable of

entering an informed plea; that he is aware of the nature of

the charges and the consequences of his plea based upon his

conversations with his attorneys and the colloquy before the

Court; that the plea of guilty is a knowing and voluntary plea

supported by an independent basis in fact containing each of

the essential elements of the offenses; and that the agreement

presented to the Court was voluntarily entered into and not the

result of force, threats or coercion.

I also find the Defendant has entered his plea with

the advice and the assistance of effective and competent

counsel.  Your plea is therefore accepted.  You are now

adjudged guilty.

I will have you back in court for your sentencing

hearing on Monday, February 24, at 9 a.m.

And you all have a good day.

COURT SECURITY OFFICER:  All rise.

1         MR. LARSEN:  Thank you, Judge.

2         MR. MARCUS:  Thank you.

3         THE COURT:  Thank you.

4     (The proceedings adjourned at 1:58 p.m.)

5

6                 C E R T I F I C A T E

7

8     I hereby certify that the foregoing is an

9  accurate transcription of the proceedings in the

10  above-entitled matter.

11

12

13  _06/22/2020__           STEPHANIE A. McCARN, RPR
       DATE                 Official United States Court Reporter
14                          400 North Miami Avenue, Twelfth Floor
                            Miami, Florida 33128
15                          (305) 523-5518

16

17

18

19

20

21

22

23

24

25

**$**

**$1,527,590** [1] - 21:25
**$23,790** [1] - 18:23
**$250,000** [2] - 11:25, 12:3
**$250,303** [1] - 23:4
**$283,000** [1] - 18:8
**$3,322,006** [1] - 22:2
**$447,000** [1] - 19:15
**$500** [1] - 19:12
**$6,314,170** [1] - 19:1
**$718,589** [1] - 14:13
**$74,217** [1] - 19:5
**$75** [1] - 19:5
**$90** [1] - 19:5

**0**

**06/22/2020** [1] - 25:12

**1**

**1** [26] - 1:8, 4:19, 6:17, 7:2, 11:23, 17:11, 17:13, 18:2, 18:20, 19:1, 20:13, 20:22, 20:25, 21:13, 21:23, 22:2, 22:4, 22:7, 22:9, 22:13, 22:14, 22:20, 22:24, 22:25, 24:3
**10** [2] - 11:24, 13:12
**11** [1] - 9:24
**12** [2] - 13:23, 16:7, 18:5
**12-2** [1] - 1:7
**1349** [1] - 6:18
**14** [3] - 14:12, 18:5, 22:10
**15** [2] - 19:16, 22:24
**16** [4] - 1:5, 12:13, 19:16, 22:10
**17** [2] - 18:5, 22:24
**1750** [1] - 1:19
**17th** [1] - 1:19
**18** [2] - 6:18, 6:21
**18-cr-20710-CMA** [1] - 1:2
**18-level** [1] - 12:25
**19** [1] - 18:5
**1:20** [2] - 1:6, 4:1
**1:58** [2] - 1:6, 25:4

**2**

**2** [8] - 1:18, 17:8, 17:12, 17:14, 17:22, 18:2, 18:21, 19:1
**20** [2] - 18:5, 22:17

**2014** [1] - 19:21
**2015** [3] - 16:23, 16:24, 20:6
**2016** [4] - 20:9, 22:4, 22:8, 22:10
**2017** [4] - 20:9, 22:14, 22:17, 22:24
**2018** [1] - 23:2
**2019** [2] - 1:5, 23:2
**22** [1] - 18:5, 22:8
**24** [2] - 18:5, 24:23
**25** [3] - 1:8, 3:16, 18:9
**26** [1] - 18:9
**27** [1] - 22:4
**28** [1] - 19:16

**3**

**3** [3] - 10:9, 11:25, 12:2
**3-level** [1] - 12:25
**3.4** [1] - 18:1
**3.5** [1] - 12:24
**30** [1] - 18:10
**305** [4] - 1:15, 1:20, 2:4, 25:15
**33128** [2] - 2:4, 25:14
**33131-1806** [1] - 1:19
**33132-2131** [1] - 1:14
**35** [1] - 18:10
**350** [1] - 19:12
**371** [1] - 6:21
**39** [6] - 4:19, 6:19, 7:22, 12:1, 21:16, 24:3

**4**

**4** [3] - 3:15, 11:22, 18:22
**400** [2] - 2:3, 25:14
**400-4261** [1] - 1:20
**45** [1] - 20:23
**48** [1] - 5:20

**5**

**5** [1] - 12:1
**50** [1] - 17:23
**523-5518** [2] - 2:4, 25:15
**56** [1] - 5:10

**6**

**6** [1] - 12:22

**7**

**7** [3] - 12:9, 12:15,

13:2

**8**

**8** [1] - 12:20

**9**

**9** [2] - 17:9, 24:23
**9.5** [1] - 12:24
**961-9431** [1] - 1:15
**99** [1] - 1:14

**A**

**A.C** [2] - 22:12, 22:16
**a.m** [1] - 24:23
**AA** [1] - 5:12
**ability** [1] - 10:25
**able** [1] - 16:22
**above-entitled** [1] - 25:10
**accept** [3] - 4:17, 10:11, 15:3
**accepted** [2] - 12:12, 24:20
**access** [1] - 19:24
**accomplish** [2] - 7:4, 8:1
**accomplishing** [1] - 8:8
**accurate** [2] - 8:12, 25:9
**act** [3] - 8:5, 8:6, 8:8
**acted** [1] - 7:19
**actual** [1] - 12:23
**addendum** [1] - 11:2
**addiction** [1] - 5:17
**addition** [1] - 22:23
**additional** [3] - 12:14, 12:25, 18:8
**addresses** [1] - 10:20
**addressing** [1] - 10:8
**adjourned** [1] - 25:4
**adjudged** [1] - 24:21
**adjudicate** [1] - 15:4
**adjudicated** [1] - 19:13
**ADMITTED** [1] - 3:10
**adult** [1] - 21:5
**advice** [2] - 6:13, 24:19
**advising** [1] - 13:18
**Advisors** [1] - 17:16
**advisory** [2] - 11:5, 11:6
**affected** [1] - 7:16
**affecting** [1] - 17:4
**affects** [1] - 14:4
**afternoon** [7] - 4:2,

4:4, 4:6, 4:9, 4:17, 5:25, 10:12
**agree** [7] - 8:11, 9:17, 12:18, 13:10, 14:14, 14:17, 16:21
**agreed** [5] - 7:4, 8:1, 13:8, 16:24, 20:23
**agreeing** [2] - 13:12, 14:12
**agreement** [10] - 9:12, 9:21, 10:4, 10:5, 11:22, 13:25, 14:4, 14:22, 17:21, 24:15
**agreements** [1] - 8:23
**agreen@mnrlawfirm.com** [2] - 1:21
**alcohol** [1] - 5:19
**alleged** [2] - 8:7, 18:22
**ALLISON** [1] - 1:17
**Allison** [1] - 4:7
**ALTONAGA** [1] - 1:10
**AMERICA** [1] - 1:4
**amount** [6] - 12:24, 14:13, 18:23, 20:24, 22:14, 22:15
**analysis** [1] - 9:5
**Andre** [1] - 5:8
**announce** [2] - 11:6, 11:7
**answers** [1] - 5:3
**Anthony** [1] - 16:25
**appeal** [7] - 13:24, 14:1, 14:4, 14:5, 14:8, 16:9, 16:12
**APPEARANCES** [2] - 1:11, 2:1
**appearances** [1] - 4:3
**appellate** [2] - 14:6, 14:7
**applicable** [2] - 11:6, 12:11
**application** [1] - 11:14
**applies** [1] - 13:1
**apply** [2] - 9:11, 13:9
**applying** [1] - 10:21
**approach** [1] - 4:11
**approximate** [3] - 18:23, 19:1, 22:14
**April** [1] - 22:24
**argue** [1] - 13:7
**arraigned** [1] - 8:19
**arrangement** [1] - 20:22
**art** [1] - 5:13
**artifice** [1] - 7:12
**Asif** [1] - 17:1
**assigned** [1] - 10:14
**assistance** [1] - 24:19
**Assistant** [1] - 1:13

**associate** [2] - 5:12, 16:11
**associated** [1] - 20:16
**assurances** [1] - 14:21
**assure** [1] - 10:6
**attempted** [1] - 7:11
**Attorney** [1] - 1:13
**attorney** [4] - 14:8, 15:17, 15:19, 23:22
**Attorney's** [3] - 12:9, 13:13, 13:14
**attorneys** [10] - 4:24, 6:10, 6:14, 10:1, 10:17, 10:25, 11:4, 11:9, 16:18, 24:12
**authority** [1] - 11:16
**authorization** [1] - 22:10
**authorizes** [1] - 20:16
**Avenue** [2] - 2:3, 25:14
**aware** [1] - 24:10

**B**

**base** [1] - 12:21
**based** [6] - 10:22, 18:14, 18:20, 18:25, 22:1, 24:11
**bases** [1] - 19:24
**basis** [2] - 24:2, 24:14
**BEFORE** [1] - 1:10
**begin** [1] - 10:8
**beginning** [2] - 16:23, 20:9
**behalf** [2] - 4:5, 4:7
**beneficiaries** [6] - 18:2, 18:12, 18:13, 19:25, 20:12, 21:8
**beneficiary** [1] - 19:3
**beneficiary's** [1] - 19:2
**benefit** [4] - 7:12, 7:14, 7:16, 17:3
**benefits** [3] - 7:21, 17:5, 20:8
**between** [1] - 19:5
**beyond** [2] - 16:5, 16:22
**billed** [1] - 17:11
**Biscayne** [1] - 1:18
**Boca** [1] - 17:17
**Boulevard** [1] - 1:18
**bribes** [1] - 23:4
**bring** [2] - 15:17, 15:20
**burden** [1] - 16:6
**business** [2] - 17:17, 17:19

**BY** [1] - 2:2

## C

**cancer** [4] - 20:8, 20:16, 20:20
**capable** [1] - 24:9
**Carbon** [3] - 17:1, 19:9, 19:22
**care** [1] - 21:5
**carrying** [1] - 8:7
**case** [10] - 6:10, 8:22, 8:25, 9:3, 15:15, 16:1, 16:7, 16:21, 19:8, 23:13
**CASE** [1] - 1:2
**caused** [1] - 12:22
**CECILIA** [1] - 1:10
**centers** [1] - 21:5
**CEO** [1] - 22:3
**Certificate.................. ....** [1] - 3:16
**certify** [1] - 25:8
**CGX** [11] - 20:9, 20:12, 20:14, 20:17, 20:25, 21:10, 22:6, 22:18, 22:21, 23:1, 23:5
**chance** [1] - 10:19
**change** [1] - 4:17
**CHANGE** [1] - 1:9
**charge** [2] - 6:17, 7:9
**charged** [6] - 7:5, 14:25, 19:23, 19:25, 21:16, 21:18
**charges** [10] - 4:19, 5:4, 6:7, 6:19, 6:22, 8:15, 8:21, 9:5, 16:4, 24:11
**charging** [1] - 7:23
**citizen** [2] - 5:14, 15:8
**civil** [1] - 15:5
**civilian** [1] - 17:4
**claims** [6] - 17:2, 17:8, 18:15, 18:20, 18:25
**clarification** [1] - 23:22
**clarify** [2] - 4:22, 23:12
**client** [5] - 6:3, 8:24, 9:7, 9:14, 23:25
**coconspirator** [1] - 20:21
**coconspirators** [12] - 18:5, 18:11, 19:3, 19:11, 19:21, 19:23, 20:1, 21:2, 21:3, 21:16, 21:22, 21:24
**Code** [2] - 6:18, 6:21
**coercing** [1] - 14:17
**coercion** [1] - 24:17
**collect** [1] - 21:7

**collectively** [1] - 17:22
**colloquy** [1] - 24:12
**commerce** [2] - 7:17, 17:4
**commit** [4] - 6:17, 7:3, 7:5, 17:1
**committed** [2] - 8:6, 13:3
**common** [1] - 7:5
**companies** [5] - 19:7, 19:20, 20:2, 23:18
**company** [6] - 17:16, 17:19, 18:7, 19:4, 21:1, 23:15
**competent** [2] - 6:3, 24:9, 24:19
**completed** [2] - 22:8, 23:1
**complex** [1] - 20:14
**compounded** [3] - 18:21, 19:18, 20:5
**compounding** [2] - 17:13, 17:14
**compulsory** [1] - 15:23
**concentration** [1] - 21:4
**concerns** [1] - 22:17
**condition** [2] - 5:24, 20:19
**conditions** [1] - 12:15
**conduct** [9] - 10:15, 10:22, 12:22, 13:1, 13:3, 13:5, 13:9, 23:17, 23:18
**confer** [1] - 23:8
**confront** [1] - 15:19
**connection** [1] - 7:20
**consequences** [2] - 8:17, 24:11
**consider** [1] - 11:11
**considered** [1] - 15:25
**consisting** [1] - 16:7
**conspiracy** [5] - 6:17, 6:20, 7:2, 7:10, 7:23, 8:4, 8:9, 17:25, 19:14, 19:22, 22:1, 22:3
**conspirators** [1] - 8:4
**conspired** [2] - 16:24, 20:10
**constitutional** [1] - 15:14
**consult** [1] - 4:24
**consultation** [1] - 19:6
**contained** [3] - 4:19, 12:15, 14:22
**containing** [1] - 6:6, 6:18, 24:14
**CONTINUED** [1] - 2:1

**contracts** [1] - 19:20
**control** [1] - 7:14
**conversations** [1] - 24:12
**conviction** [1] - 12:5
**cooperation** [3] - 13:13, 13:15, 13:18
**copy** [2] - 6:6, 9:21
**correct** [3] - 14:10, 23:6, 23:23
**cost** [2] - 17:23, 20:24
**counsel** [4] - 6:2, 6:13, 8:11, 24:20
**count** [1] - 12:5
**Count** [8] - 6:17, 6:19, 7:2, 7:22, 11:23, 12:1, 18:22, 21:16
**country** [2] - 5:14, 15:10
**counts** [1] - 24:6
**Counts** [6] - 4:19, 17:8, 18:5, 18:9, 19:16, 24:3
**course** [1] - 7:1
**COURT** [48] - 1:1, 4:2, 4:9, 4:12, 4:16, 5:7, 5:9, 5:11, 5:14, 5:16, 5:19, 5:23, 6:2, 6:5, 6:9, 6:12, 6:16, 6:24, 8:10, 8:14, 9:9, 9:16, 9:20, 9:23, 10:3, 11:22, 12:9, 12:20, 13:12, 13:23, 14:12, 14:16, 14:20, 14:24, 15:2, 15:13, 16:14, 16:17, 16:21, 21:19, 21:23, 23:9, 23:21, 23:25, 24:5, 24:8, 24:25, 25:3
**court** [5] - 4:8, 5:25, 15:18, 15:22, 24:22
**Court** [6] - 2:2, 3:16, 24:8, 24:13, 24:16, 25:13
**court's** [2] - 10:12, 15:23
**Courtroom** [1] - 1:7
**cream** [1] - 18:24
**creams** [2] - 17:10
**Crimes** [1] - 1:13
**cross** [1] - 15:20
**cross-examine** [1] - 15:20
**curtailed** [1] - 20:4
**custody** [1] - 7:14
**custom** [1] - 18:16
**customized** [1] - 18:18

## D

**Dan** [1] - 4:7
**DANIEL** [1] - 1:17
**DATE** [1] - 25:13
**date** [1] - 9:25
**December** [3] - 1:5, 20:9, 22:10
**decrease** [1] - 12:14
**Defendant** [13] - 1:8, 4:14, 7:3, 7:6, 7:11, 7:18, 7:19, 7:25, 8:1, 8:2, 21:15, 24:9, 24:18
**DEFENDANT** [35] - 1:16, 3:7, 4:15, 5:6, 5:8, 5:10, 5:12, 5:15, 5:18, 5:21, 6:1, 6:8, 6:11, 6:15, 6:23, 9:19, 9:22, 10:2, 11:21, 12:8, 12:19, 13:11, 13:22, 14:11, 14:15, 14:19, 14:23, 15:1, 15:12, 16:13, 16:16, 16:20, 23:7, 23:24, 24:7
**defense** [1] - 15:21
**Defense** [3] - 6:2, 8:11, 9:3
**defenses** [1] - 8:16
**defraud** [6] - 6:20, 7:12, 7:19, 7:23, 20:10, 23:3
**degree** [2] - 5:12, 5:13
**delivery** [1] - 7:20
**departure** [1] - 14:2
**dependants** [1] - 17:6
**deport** [1] - 15:9
**described** [1] - 8:5
**designed** [2] - 18:16, 20:15
**developed** [1] - 18:19
**devised** [1] - 19:18
**diagnosis** [1] - 20:20
**different** [2] - 11:8, 11:9
**dinner** [1] - 5:22
**directing** [1] - 20:2
**disclosed** [1] - 9:7
**discovery** [1] - 8:22
**discuss** [2] - 11:5, 11:9
**discussed** [2] - 6:9, 14:7
**discussing** [2] - 10:1, 16:18
**disseminating** [1] - 19:17
**distributed** [2] - 23:15, 23:19

**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [8] - 13:4, 17:14, 17:15, 20:13, 22:4, 22:5, 22:19, 22:20
**DIVISION** [1] - 1:2
**DNA** [1] - 21:7
**doctor** [3] - 19:9, 19:10, 21:11
**doctor-patient** [1] - 21:11
**document** [2] - 9:24, 16:15
**documents** [1] - 8:23
**dollars** [2] - 18:3, 18:21
**done** [3] - 9:1, 9:8, 23:13
**doubt** [2] - 16:5, 16:23
**Dr** [5] - 4:19, 20:10, 21:10, 22:8, 22:11
**draft** [2] - 10:17, 11:1
**drashbaum@ mnrlawfirm.com** [1] - 1:21
**drugs** [4] - 5:17, 5:19, 18:13, 18:16
**during** [5] - 8:4, 17:25, 19:14, 19:22, 21:25

## E

**e-mail** [1] - 22:19
**e-mailed** [1] - 22:3
**e-mails** [1] - 22:19
**early** [1] - 23:2
**Economic** [1] - 1:13
**effective** [1] - 24:19
**either** [1] - 18:6
**elect** [1] - 16:1
**elements** [3] - 6:25, 8:12, 24:15
**EMET** [1] - 17:16
**employ** [1] - 19:10
**employees** [1] - 22:24
**end** [3] - 10:24, 11:13
**engaged** [1] - 8:5
**enhancement** [2] - 12:25, 13:1
**enhancements** [1] - 13:9
**enter** [1] - 6:3
**entered** [2] - 24:16, 24:18
**entering** [1] - 24:10
**entire** [1] - 10:5
**entitled** [3] - 16:3, 16:15, 25:10
**entry** [1] - 14:13

**errors** [1] - 20:15
**ESQ** [4] - 1:12, 1:16, 1:17, 1:17
**essential** [1] - 24:15
**establish** [1] - 14:3
**evaluate** [1] - 13:14
**event** [1] - 15:8
**EVIDENCE** [1] - 3:10
**evidence** [1] - 8:16
**examine** [2] - 15:20, 19:10
**example** [2] - 18:22, 21:5
**exceeded** [1] - 13:2
**exceeds** [1] - 14:1
**exception** [1] - 13:6
**exchange** [6] - 13:24, 14:21, 18:1, 19:16, 22:25, 23:4
**exclusion** [1] - 16:5
**excuse** [1] - 8:8
**execute** [1] - 7:12
**executed** [1] - 7:11
**exhibits** [1] - 9:6
**EXHIBITS** [1] - 3:10
**expensive** [3] - 17:10, 18:13, 20:12
**expert** [1] - 9:4
**explain** [1] - 10:9

**F**

**fact** [4] - 7:18, 14:25, 18:17, 24:14
**factors** [1] - 11:12
**facts** [2] - 23:6, 23:22
**Factual** [1] - 16:15
**factual** [2] - 23:23, 24:2
**fairly** [1] - 8:24
**fairs** [1] - 21:6
**fall** [1] - 19:21
**false** [6] - 7:15, 7:17, 17:2, 17:7, 18:14, 19:23
**familiarize** [1] - 8:15
**far** [1] - 5:11
**February** [3] - 22:14, 22:17, 24:23
**federal** [2] - 10:21, 17:3
**felony** [1] - 15:3
**figure** [1] - 13:3
**file** [3] - 10:25, 13:16, 14:5
**filed** [2] - 11:1, 13:20
**fine** [2] - 11:25, 12:3
**firearms** [1] - 15:7
**FL** [2] - 1:14, 1:19

**Floor** [3] - 1:19, 2:3, 25:14
**FLORIDA** [1] - 1:1
**Florida** [9] - 1:4, 2:4, 17:14, 17:16, 17:17, 17:19, 22:5, 22:20, 25:14
**focusing** [1] - 10:6
**followed** [2] - 11:24, 12:2
**following** [1] - 4:1
**FOR** [4] - 1:12, 1:16, 3:4, 3:7
**force** [1] - 24:17
**forcing** [1] - 14:17
**foregoing** [2] - 13:2, 25:8
**forfeiture** [1] - 14:13
**forged** [1] - 19:9
**form** [2] - 20:7, 22:9
**forms** [1] - 22:11
**formulations** [2] - 18:17, 19:18
**forth** [6] - 6:24, 9:13, 17:8, 18:4, 18:9, 19:15
**four** [1] - 8:6
**Fourth** [1] - 1:14
**fraud** [5] - 6:18, 7:3, 7:5, 7:10, 17:2
**fraudulent** [4] - 7:15, 7:17, 17:2, 17:8
**free** [1] - 14:24
**Friday** [1] - 9:11
**front** [2] - 9:20, 16:14
**full** [1] - 5:7
**fully** [5] - 6:9, 6:12, 10:1, 16:18, 24:9
**furtherance** [1] - 22:3

**G**

**gain** [2] - 12:3, 19:23
**gather** [1] - 10:15
**general** [1] - 6:10
**generate** [1] - 18:19
**genes** [1] - 20:15
**genetic** [1] - 20:15
**genomic** [1] - 20:8
**gentlemen** [1] - 21:14
**Georgia** [3] - 20:13, 22:5, 22:21
**GGX** [1] - 22:12
**goods** [1] - 17:23, 20:24
**Government** [20] - 7:2, 7:10, 7:22, 7:25, 8:22, 9:3, 9:4, 9:14, 12:14, 12:16, 12:20, 13:7, 13:8, 13:16,

13:25, 14:5, 15:17, 16:4, 16:8, 16:22
**GOVERNMENT** [2] - 1:12, 3:4
**Government's** [3] - 8:16, 9:6, 14:4
**grant** [1] - 13:19
**greater** [2] - 12:13, 12:24
**GREEN** [1] - 1:17
**Green** [1] - 4:7
**gross** [2] - 12:3, 12:4
**guideline** [5] - 11:7, 11:10, 12:11, 14:3
**guidelines** [7] - 10:21, 10:22, 10:24, 11:5, 11:15, 12:22, 13:9
**guilty** [23] - 4:18, 6:3, 6:16, 6:19, 8:17, 10:11, 11:18, 14:17, 14:21, 14:24, 14:25, 15:3, 15:4, 15:14, 16:10, 24:3, 24:6, 24:7, 24:13, 24:21

**H**

**hand** [1] - 4:13
**Health** [6] - 21:1, 21:6, 22:6, 22:13, 22:19, 23:14
**health** [2] - 17:4, 21:6
**Health's** [1] - 23:1
**healthcare** [14] - 6:18, 6:21, 7:3, 7:5, 7:9, 7:12, 7:14, 7:16, 7:21, 7:24, 17:2, 17:3, 20:8, 20:11
**hear** [1] - 11:5
**hearing** [4] - 10:18, 11:3, 11:4, 24:23
**held** [1] - 4:1
**hereby** [1] - 25:8
**high** [2] - 10:23, 21:4
**higher** [1] - 11:14
**highest** [1] - 16:6
**highly** [1] - 20:14
**history** [2] - 10:23, 20:20
**hold** [1] - 15:6
**Honor** [35] - 4:4, 4:6, 4:11, 5:6, 5:18, 5:21, 6:1, 6:8, 6:11, 6:15, 6:23, 7:1, 8:13, 8:18, 9:19, 9:22, 10:2, 11:21, 12:8, 12:19, 13:11, 13:22, 14:11, 14:15, 14:19, 14:23, 15:1, 15:12, 16:13, 16:16, 16:20, 21:15,

23:7, 23:11, 23:24
**HONORABLE** [1] - 1:10
**hours** [1] - 5:20
**hundreds** [2] - 8:22, 18:3

**I**

**identified** [1] - 20:6
**illness** [2] - 5:17, 5:24
**impose** [1] - 11:13
**imposed** [1] - 11:19
**imposing** [1] - 11:12
**imprisonment** [2] - 11:24, 12:2
**IN** [1] - 3:10
**Inc** [1] - 17:16
**include** [1] - 15:6
**included** [2] - 10:20, 22:15
**includes** [1] - 13:3
**including** [9] - 8:1, 9:1, 9:11, 10:16, 17:8, 18:4, 18:9, 18:15, 19:15
**increased** [1] - 18:19
**independent** [1] - 24:14
**indictment** [9] - 4:20, 6:6, 6:9, 7:6, 8:6, 8:18, 8:21, 17:9, 24:3
**individual's** [1] - 19:19
**individually** [1] - 18:6
**individuals'** [1] - 18:18
**induced** [2] - 18:12, 19:13
**information** [3] - 10:15, 19:2, 19:3
**informed** [2] - 13:23, 24:10
**informs** [1] - 11:23
**innocence** [1] - 16:3
**instructions** [2] - 5:5, 9:6
**insurance** [1] - 20:8
**intended** [1] - 7:19
**interstate** [1] - 7:16
**interviewing** [1] - 10:16
**introduced** [1] - 19:21
**investigate** [1] - 10:14
**investigation** [2] - 9:1, 10:13
**involved** [2] - 17:7, 23:20
**items** [1] - 7:21

**J**

**January** [1] - 16:23
**Jeff** [1] - 4:6
**JEFFREY** [1] - 1:16
**Jennifer** [1] - 17:1
**Jersey** [1] - 13:4
**jmarcus@ mnrlawfirm.com** [1] - 1:20
**JOHN** [1] - 1:7
**John** [4] - 4:7, 5:8, 17:1, 24:9
**joined** [2] - 7:7, 8:3
**jointly** [1] - 12:21
**Judge** [1] - 25:1
**JUDGE** [1] - 1:10
**judgment** [1] - 14:13
**July** [3] - 16:23, 20:9, 22:4
**June** [1] - 20:5
**jury** [3] - 9:5, 15:7, 16:7

**K**

**Kevin** [1] - 4:4
**KEVIN** [1] - 1:12
**kevin.larsen@usdoj.gov** [1] - 1:15
**kickback** [5] - 18:4, 18:9, 19:15, 20:22, 22:13
**kickbacks** [11] - 6:21, 7:24, 18:1, 18:4, 18:8, 19:12, 19:16, 20:11, 21:13, 21:24, 23:4
**knowing** [1] - 24:13
**knowingly** [3] - 7:11, 8:5, 14:9
**known** [2] - 10:13, 21:4

**L**

**lab** [2] - 20:23, 23:13
**Lab** [2] - 23:13, 23:17
**Laboratories** [2] - 13:5, 23:5
**Laboratory** [12] - 20:13, 20:22, 20:25, 21:13, 21:23, 22:2, 22:4, 22:7, 22:9, 22:20, 22:24, 22:25
**laboratory** [1] - 22:13
**Larsen** [2] - 4:4, 6:24
**LARSEN** [6] - 1:12, 4:4, 7:1, 21:15, 21:21, 25:1

**last** [3] - 5:2, 5:20, 5:21
**late** [1] - 23:2
**laws** [1] - 16:6
**least** [1] - 8:5
**legal** [1] - 9:5
**legitimate** [1] - 18:14
**less** [2] - 12:24, 17:23
**level** [4] - 12:11, 12:13, 12:14, 12:21
**Level** [1] - 12:22
**levels** [1] - 12:10
**liberties** [1] - 15:5
**likely** [2] - 9:5, 11:10
**living** [1] - 21:5
**LLC** [2] - 18:7, 21:1
**LLP** [1] - 1:18
**located** [1] - 20:13
**locations** [2] - 21:3, 21:7
**look** [1] - 20:15
**looking** [1] - 9:2
**loss** [5] - 12:4, 12:23, 13:1, 13:2, 15:5
**lost** [1] - 16:9
**low** [2] - 10:23, 22:18
**lower** [1] - 11:14

**M**

**M.M** [1] - 22:12
**Mahbubani** [3] - 16:25, 18:6, 20:6
**mail** [1] - 22:19
**mailed** [1] - 22:3
**mails** [1] - 8:23
**managing** [1] - 20:18
**Mangala** [2] - 16:25, 21:10
**manner** [1] - 7:4
**MARCUS** [10] - 1:16, 4:6, 4:11, 6:4, 8:13, 8:18, 9:10, 23:11, 24:4, 25:2
**Marcus** [4] - 1:18, 4:6, 9:18, 23:25
**MARKED** [1] - 3:10
**marketers** [4] - 21:6, 21:17, 23:16, 23:19
**material** [2] - 7:18, 18:15
**matter** [1] - 25:10
**Mauzy** [3] - 16:25, 18:5, 20:6
**maximum** [6] - 11:17, 11:23, 12:1, 12:6, 14:2, 19:19
**McCARN** [2] - 2:2, 25:13
**means** [2] - 7:14, 13:6

**Medicaid** [2] - 21:4, 22:18
**medical** [4] - 18:14, 18:18, 19:19, 20:19
**medically** [2] - 17:10, 20:17
**Medicare** [12] - 12:23, 13:2, 20:12, 20:16, 20:25, 21:3, 21:8, 21:25, 22:1, 22:12, 22:15, 23:3
**medication** [1] - 18:22
**medications** [2] - 19:18, 20:5
**members** [1] - 16:8
**mental** [2] - 5:16, 5:23
**messages** [1] - 22:23
**met** [1] - 8:24
**Metric** [3] - 13:4, 23:5, 23:17
**MHQ** [1] - 18:7
**MIAMI** [1] - 1:2
**Miami** [8] - 1:4, 1:14, 1:19, 2:3, 2:4, 17:20, 25:14, 25:14
**Middle** [1] - 17:13
**military** [4] - 17:5, 19:24
**million** [4] - 12:24, 13:2, 18:1
**minus** [1] - 20:23
**MISCELLANEOUS** [1] - 3:14
**mistaken** [1] - 15:8
**modest** [2] - 17:23, 20:23
**moment** [1] - 23:7
**Monday** [1] - 24:23
**money** [2] - 7:13, 14:13
**moneys** [1] - 23:18
**month** [2] - 18:21, 18:24
**motion** [2] - 13:16, 13:20
**MR** [14] - 4:4, 4:6, 4:11, 6:4, 7:1, 8:13, 8:18, 9:10, 21:15, 21:21, 23:11, 24:4, 25:1, 25:2
**multiobject** [1] - 7:23
**multiple** [1] - 19:25
**multivitamins** [1] - 17:11
**must** [6] - 5:3, 7:2, 7:10, 7:22, 7:25, 12:16

**N**

**name** [2] - 5:7, 19:9
**narcotic** [1] - 5:17
**native** [1] - 15:9
**nature** [1] - 24:10
**necessary** [1] - 20:17
**need** [2] - 18:14, 19:20
**needs** [1] - 18:18
**negotiated** [3] - 13:25, 17:21, 20:22
**negotiating** [2] - 19:20, 22:5
**Neiman** [1] - 1:18
**never** [1] - 19:10
**New** [1] - 13:4
**new** [1] - 20:7
**next** [1] - 13:6
**night** [1] - 5:21
**NO** [1] - 1:2
**North** [2] - 2:3, 25:14
**Northeast** [1] - 1:14
**Northern** [4] - 17:15, 20:13, 22:5, 22:20
**note** [1] - 5:2
**nothing** [1] - 14:3
**notice** [1] - 14:5
**November** [1] - 22:10
**number** [1] - 11:12
**numerous** [2] - 18:2, 21:25

**O**

**oath** [1] - 5:2
**object** [2] - 7:10, 8:8
**objections** [2] - 11:1
**obligation** [1] - 13:19
**obtain** [1] - 7:13
**obtaining** [1] - 19:2
**occasions** [1] - 19:25
**OF** [3] - 1:1, 1:4, 1:9
**offense** [7] - 10:15, 10:22, 11:17, 12:4, 12:11, 12:13, 12:21
**offenses** [6] - 6:25, 11:18, 15:2, 15:3, 24:15
**office** [3] - 10:12, 11:2, 15:6
**Office** [3] - 12:9, 13:13, 13:14
**OFFICER** [1] - 24:25
**officer** [2] - 10:14, 10:15
**official** [1] - 2:2
**Official** [1] - 25:13
**often** [2] - 18:14, 19:8
**Oklahoma** [1] - 17:15

**old** [1] - 5:9
**omissions** [1] - 18:15
**one** [8] - 8:4, 8:5, 12:14, 16:15, 18:24, 19:22, 22:23, 23:7
**one-level** [1] - 12:14
**one-month** [1] - 18:24
**opinion** [1] - 6:2
**opportunity** [3] - 4:25, 9:25, 16:17
**orally** [1] - 5:1
**order** [3] - 4:17, 12:16, 22:9
**ordering** [1] - 22:11
**orders** [1] - 21:10
**org** [1] - 22:21
**original** [1] - 9:23
**overt** [2] - 8:5, 8:6
**own** [4] - 9:1, 10:10, 14:24, 15:21
**owned** [1] - 7:13
**owner** [2] - 17:15, 17:18

**P**

**p.m** [4] - 1:6, 4:1, 25:4
**pads** [2] - 19:17, 20:1
**Page** [4] - 3:4, 3:7, 3:15, 9:24
**Pages** [1] - 1:8
**paid** [12] - 18:3, 18:8, 18:11, 18:25, 19:5, 19:11, 21:6, 21:13, 21:23, 22:1, 22:6, 22:13
**pain** [1] - 17:10
**papers** [1] - 4:10
**paragraph** [8] - 10:9, 11:22, 12:9, 12:15, 12:20, 13:12, 13:23, 14:12
**part** [4] - 20:21, 21:9, 23:13, 23:14
**participated** [1] - 23:2
**parts** [1] - 10:4
**patient** [5] - 18:16, 19:10, 20:19, 21:11, 22:15
**patient's** [2] - 20:18, 20:19
**patients** [4] - 20:3, 21:4, 21:11, 22:12
**pause** [1] - 4:25
**Pause** [1] - 23:10
**pay** [1] - 20:23
**payment** [5] - 7:20, 20:16, 22:15, 22:25, 23:1
**payments** [5] - 18:4,

18:9, 19:15, 23:13, 23:14
**per** [1] - 19:5
**percent** [2] - 17:23, 20:23
**percentage** [1] - 22:6
**period** [1] - 22:21
**perjury** [1] - 5:4
**personal** [2] - 12:12, 20:20
**personally** [1] - 10:16
**personnel** [1] - 17:5
**persons** [2] - 7:4, 7:25
**pertaining** [1] - 13:4
**pharmacies** [1] - 17:12
**Pharmacies** [3] - 18:2, 18:20, 19:1
**Pharmacy** [3] - 17:11, 17:12, 17:22
**pharmacy** [4] - 17:13, 17:14
**physical** [1] - 5:24
**physician** [1] - 20:18
**place** [2] - 17:17, 17:19
**Plaintiff** [1] - 1:5
**plan** [4] - 7:5, 7:7, 8:2, 8:3
**plea** [22] - 4:18, 6:3, 8:17, 9:9, 9:12, 9:21, 10:7, 10:11, 11:18, 11:22, 14:21, 14:22, 15:3, 24:2, 24:10, 24:11, 24:13, 24:18, 24:20
**PLEA** [1] - 1:9
**plead** [5] - 6:16, 6:19, 14:17, 15:3, 24:5
**pleading** [3] - 14:24, 15:14, 16:10
**possess** [1] - 15:7
**possible** [3] - 11:23, 12:1, 12:6
**potential** [3] - 9:2, 20:7
**preferred** [1] - 22:9
**prenegotiated** [1] - 20:24
**prepare** [2] - 10:13, 10:17
**preprinted** [3] - 19:4, 19:17, 20:1
**prescribed** [1] - 20:17
**prescription** [6] - 17:24, 18:17, 19:4, 19:12, 19:17, 20:1
**prescriptions** [3] - 18:2, 19:6, 19:9
**presence** [2] - 10:17,

15:18
**present** [1] - 4:8
**presented** [1] - 24:16
**presentence** [1] -
10:13
**pressure** [1] - 14:16
**presumption** [1] -
16:3
**pretenses** [3] - 7:15,
7:17, 19:23
**prevents** [1] - 5:24
**principal** [3] - 17:16,
17:19, 22:20
**probation** [3] - 10:12,
10:14, 11:2
**proceed** [1] - 8:17
**proceeded** [1] - 15:15
**proceedings** [4] - 4:1,
23:10, 25:4, 25:9
**Proceedings**.............
.......................... [1] -
3:15
**process** [3] - 10:10,
11:13, 15:23
**produced** [2] - 10:23,
11:14
**product** [1] - 18:22
**Proffer** [1] - 16:15
**proffer** [2] - 9:13,
23:23
**program** [5] - 7:13,
7:14, 7:16, 17:3,
17:4
**programs** [2] - 12:23,
20:8
**promises** [4] - 7:15,
7:18, 14:20, 14:22
**proof** [1] - 16:6
**property** [1] - 7:13
**prosecution** [1] -
13:15
**protocols** [1] - 22:22
**prove** [5] - 7:2, 7:11,
7:22, 16:4, 16:22
**provide** [1] - 13:13
**provider** [1] - 22:10
**provider's** [1] - 22:9
**provides** [1] - 17:4
**provision** [1] - 14:7
**provisions** [1] - 10:6
**purpose** [4] - 7:7, 8:3,
8:7, 20:18
**pursued** [1] - 20:7
**putting** [1] - 14:16

**Q**

**qualifies** [1] - 13:5
**questions** [5] - 4:17,
4:22, 5:3, 23:12,

23:16

**R**

**raise** [1] - 4:13
**Rajesh** [1] - 16:25
**Ramamurthy** [17] -
16:24, 16:25, 17:18,
17:21, 18:3, 19:8,
19:22, 20:6, 20:10,
20:22, 21:6, 21:9,
21:10, 21:17, 22:8,
22:11
**Ramamurthy's** [2] -
21:1, 21:3
**range** [5] - 10:23,
11:7, 11:10, 14:3
**RASHBAUM** [1] - 1:18
**Rashbaum** [2] - 1:18,
4:7
**rather** [2] - 10:5, 18:18
**ratification** [1] - 19:5
**ratified** [2] - 19:6, 19:8
**ratify** [1] - 21:10
**Raton** [1] - 17:17
**read** [1] - 9:14
**reading** [3] - 9:25,
10:5, 16:17
**reasonable** [3] -
10:24, 16:5, 16:23
**receipt** [1] - 22:25
**receive** [7] - 6:6, 6:20,
7:24, 10:18, 11:3,
20:11, 20:12
**received** [7] - 5:12,
6:14, 17:22, 17:25,
19:14, 23:15, 23:19
**receiving** [1] - 23:3
**recently** [1] - 9:7
**recommend** [2] -
12:10, 12:21
**recommendations** [1]
- 12:17
**record** [1] - 4:24
**recruited** [1] - 21:9
**reduce** [1] - 12:10
**reduction** [1] - 13:19
**refer** [1] - 21:19
**referenced** [1] - 23:18
**referral** [3] - 17:24,
22:6, 22:15
**referrals** [4] - 18:25,
21:25, 22:1, 23:1
**referred** [2] - 20:25,
22:18
**referring** [3] - 18:1,
21:14, 23:5
**refers** [1] - 21:21
**regard** [2] - 9:9, 18:13
**regarding** [2] - 22:21,

22:25
**regularly** [1] - 8:24
**reimbursed** [3] -
18:20, 18:23, 20:24
**reimbursement** [3] -
19:19, 20:5, 22:18
**reimbursements** [2] -
17:23, 22:22
**related** [1] - 7:18
**relationship** [1] -
21:11
**release** [2] - 11:24,
12:2
**released** [1] - 14:5
**relevant** [2] - 13:5,
23:18
**remain** [1] - 16:1
**report** [5] - 10:13,
10:17, 10:20, 11:1,
11:8
**REPORTED** [1] - 2:2
**Reporter** [2] - 2:2,
25:13
**Reporter's** [1] - 3:16
**reports** [1] - 9:4
**representation** [1] -
6:13
**representations** [3] -
7:15, 7:17, 18:15
**represented** [1] -
15:16
**reps** [3] - 18:11,
18:12, 19:11
**requesting** [1] - 13:18
**required** [1] - 15:17
**requisition** [1] - 22:11
**reserve** [1] - 13:7
**reserves** [1] - 13:14
**respect** [2] - 7:9, 7:22
**respectively** [1] -
22:11
**responds** [1] - 11:2
**response** [2] - 9:18,
22:17
**responsibility** [1] -
12:12
**restitution** [1] - 12:4
**result** [4] - 11:19,
14:2, 15:4, 24:17
**resulting** [1] - 12:25
**retirees** [1] - 17:5
**returned** [1] - 8:19
**revenue** [1] - 18:19
**review** [1] - 22:21
**rights** [4] - 14:6,
15:14, 16:11, 24:1
**rise** [1] - 24:25
**role** [1] - 13:7
**routed** [1] - 19:3

**RPR** [2] - 2:2, 25:13

**S**

**Sahs** [3] - 16:25, 18:6,
20:6
**sales** [3] - 18:11,
18:12, 19:11
**saliva** [1] - 21:7
**samples** [4] - 21:7,
22:18, 23:1, 23:5
**satisfied** [2] - 6:12,
23:25
**satisfy** [1] - 12:16
**scar** [2] - 17:10, 18:24
**scheme** [7] - 7:12,
17:7, 20:7, 20:21,
21:2, 21:9, 23:3
**SCHOLTES** [1] - 1:7
**Scholtes** [17] - 4:7,
4:13, 4:16, 5:8, 6:5,
8:15, 8:19, 9:17,
9:20, 14:16, 16:14,
21:20, 21:22, 23:6,
23:21, 24:5, 24:9
**school** [1] - 5:11
**seated** [1] - 4:9
**second** [5] - 4:19, 6:6,
7:6, 17:9, 24:3
**section** [1] - 10:20
**Section** [3] - 1:13,
6:18, 6:21
**SECURITY** [1] - 24:25
**see** [4] - 10:19, 10:21,
11:8, 12:15
**seek** [1] - 12:14
**select** [1] - 16:8
**send** [1] - 20:2
**senior** [1] - 21:5
**sent** [4] - 20:1, 22:6,
22:19, 22:23
**sentence** [13] - 10:24,
11:12, 11:13, 11:14,
11:16, 11:19, 11:23,
12:1, 12:6, 13:19,
13:24, 14:1, 14:9
**sentenced** [2] - 13:17,
13:18
**sentencing** [12] - 10:9,
10:10, 10:18, 10:21,
10:23, 11:3, 11:4,
11:6, 12:10, 13:17,
14:3, 24:22
**Senthil** [2] - 16:24,
21:17
**September** [1] - 22:8
**serve** [1] - 15:7
**Services** [2] - 17:18,
21:1
**services** [2] - 7:21,

21:10
**set** [5] - 6:24, 17:8,
18:4, 18:9, 19:15
**shared** [1] - 8:2
**show** [1] - 7:25
**shows** [1] - 9:24
**sign** [1] - 18:13
**signature** [1] - 9:24
**signed** [3] - 10:1,
16:19, 22:11
**significant** [1] - 13:15
**significantly** [1] - 20:4
**silent** [1] - 16:1
**similar** [2] - 13:3, 23:3
**similarly** [1] - 23:17
**single** [1] - 18:21
**SKR** [5] - 17:18,
17:22, 17:25, 18:3,
18:8
**sold** [2] - 17:24, 20:24
**Solutions** [1] - 23:14
**sophisticated** [1] -
13:6
**South** [1] - 1:18
**Southern** [2] - 22:4,
22:19
**SOUTHERN** [1] - 1:1
**specialized** [1] - 20:14
**specific** [2] - 18:18,
20:19
**specifically** [1] - 21:17
**Spectrum** [3] - 13:4,
23:5, 23:17
**starting** [1] - 9:10
**state** [3] - 4:2, 5:7,
8:14
**statement** [1] - 8:12
**STATES** [3] - 1:1, 1:4,
1:10
**States** [6] - 1:13, 4:5,
6:20, 7:24, 20:11,
25:13
**statutory** [3] - 11:12,
11:17, 14:2
**STEPHANIE** [2] - 2:2,
25:13
**Stephanie_McCann
@flsd.uscourts.
gov** [1] - 2:5
**steps** [1] - 8:14
**Street** [1] - 1:14
**subject** [1] - 10:8
**subjected** [1] - 5:4
**submitted** [2] - 18:20,
22:9
**submitting** [2] - 17:2,
17:7
**suffer** [1] - 15:5
**sufficient** [1] - 24:2

**suggest** [1] - 10:24
**Suite** [1] - 1:19
**sum** [1] - 19:1
**summary** [1] - 9:17
**superseding** [6] -
 4:19, 6:6, 7:6, 8:18,
 17:9, 24:3
**supervised** [2] -
 11:24, 12:2
**supply** [1] - 18:24
**supported** [1] - 24:14
**sworn** [1] - 4:14
**system** [1] - 16:6

### T

**target** [1] - 18:11
**targeted** [2] - 19:24,
 21:3
**targeting** [2] - 20:7,
 20:11
**telemedicine** [4] -
 19:4, 19:6, 19:20,
 20:2
**terms** [2] - 9:12, 14:18
**test** [2] - 20:15, 20:25
**testify** [3] - 15:18,
 15:21, 15:24
**testimony** [1] - 15:25
**testing** [4] - 20:12,
 20:14, 20:17, 22:12
**tests** [2] - 20:9, 21:11
**text** [1] - 22:23
**THE** [84] - 1:10, 1:12,
 1:16, 3:4, 3:7, 4:2,
 4:9, 4:12, 4:15, 4:16,
 5:6, 5:7, 5:8, 5:9,
 5:10, 5:11, 5:12,
 5:14, 5:15, 5:16,
 5:18, 5:19, 5:21,
 5:23, 6:1, 6:2, 6:5,
 6:8, 6:9, 6:11, 6:12,
 6:15, 6:16, 6:23,
 6:24, 8:10, 8:14, 9:9,
 9:16, 9:19, 9:20,
 9:22, 9:23, 10:2,
 10:3, 11:21, 11:22,
 12:8, 12:9, 12:19,
 12:20, 13:11, 13:12,
 13:22, 13:23, 14:11,
 14:12, 14:15, 14:16,
 14:19, 14:20, 14:23,
 14:24, 15:1, 15:2,
 15:12, 15:13, 16:13,
 16:14, 16:16, 16:17,
 16:20, 16:21, 21:19,
 21:23, 23:7, 23:9,
 23:21, 23:24, 23:25,
 24:5, 24:7, 24:8,
 25:3

**therefore** [1] - 24:20
**thousands** [3] - 8:23,
 18:3, 18:21
**threats** [1] - 24:17
**three** [1] - 12:15
**today** [4] - 6:5, 9:11,
 16:19, 24:1
**today's** [1] - 9:24
**Tom** [1] - 16:25
**totalling** [1] - 21:24
**transcription** [1] -
 25:9
**treated** [1] - 5:16
**treating** [1] - 20:18
**trial** [5] - 8:17, 15:16,
 16:9, 16:11, 16:22
**TRICARE** [16] - 12:23,
 13:1, 17:3, 17:9,
 17:24, 18:1, 18:12,
 18:19, 18:20, 18:23,
 18:25, 19:13, 19:24,
 20:4
**tried** [1] - 16:7
**true** [3] - 14:10, 23:6,
 23:23
**truthful** [1] - 5:3
**try** [3] - 4:22, 7:4, 8:1
**turn** [1] - 18:11
**Twelfth** [2] - 2:3,
 25:14
**twice** [1] - 12:3
**two** [3] - 7:3, 7:25,
 12:10
**type** [1] - 20:14
**types** [1] - 8:23

### U

**U.S** [8] - 5:15, 6:18,
 6:21, 12:9, 13:13,
 15:8, 19:24
**Uddin** [2] - 17:1, 18:8
**uncharged** [1] - 21:18
**under** [6] - 5:2, 7:13,
 12:22, 13:9, 13:19,
 19:9
**underlying** [1] - 7:9
**UNITED** [3] - 1:1, 1:4,
 1:10
**United** [6] - 1:13, 4:5,
 6:20, 7:24, 20:11,
 25:13
**unlawful** [4] - 7:5, 7:7,
 8:2, 8:3
**unless** [1] - 14:1
**unnecessary** [1] -
 17:10
**up** [11] - 11:13, 11:16,
 11:24, 11:25, 12:2,
 12:3, 14:1, 15:14,

16:10, 18:13, 24:1
**upward** [1] - 14:2

### V

**valid** [1] - 21:11
**valuable** [1] - 15:5
**various** [1] - 8:23
**Ventures** [2] - 17:18,
 18:7
**violation** [2] - 6:18,
 6:21
**voluntarily** [2] - 14:9,
 24:16
**voluntary** [2] - 10:7,
 24:13
**vote** [1] - 15:6
**vs** [1] - 1:6

### W

**waiver** [2] - 14:6, 14:7
**waiving** [1] - 14:8
**weekend** [1] - 9:11
**weeks** [1] - 10:18
**whereby** [2] - 17:22,
 20:23
**willfully** [3] - 7:7, 7:19,
 8:3
**wine** [1] - 5:21
**wish** [1] - 15:22
**withdraw** [1] - 11:18
**witness** [1] - 15:25
**witnesses** [6] - 9:2,
 9:3, 15:17, 15:19,
 15:21, 15:22
**WITNESSES** [3] - 3:2,
 3:4, 3:7
**words** [1] - 10:10
**written** [7] - 6:7, 8:20,
 9:13, 9:21, 10:25,
 11:2, 14:22

### Y

**year** [1] - 8:20
**years** [2] - 11:25, 12:3
**years'** [2] - 11:24, 12:2