```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
                  CASE NO. 18-cr-20710-CMA-9
 3

 4    UNITED STATES OF AMERICA,        Miami, Florida

 5            Plaintiff,               February 24, 2020

 6       vs.                          11:12 a.m. to 12:12 p.m.

 7    JOHN SCHOLTES,                   Courtroom 12-2

 8            Defendant.               (Pages 1 to 41)

 9    ─────────────────────────────────────────────────

                           SENTENCING
10         BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                 UNITED STATES DISTRICT JUDGE
11

12    APPEARANCES:

      FOR THE GOVERNMENT:    KEVIN J. LARSEN, ESQ.
13                           Assistant United States Attorney
                             99 Northeast Fourth Street
14                           Miami, FL 33132
                             (305) 961-9001
15                           kevin.larsen@usdoj.gov

16    FOR THE DEFENDANT:     JEFFREY E. MARCUS, ESQ.
                             DANIEL L. RASHBAUM, ESQ.
17                           ALLISON M. GREEN, ESQ.
                             Marcus Neiman & Rashbaum LLP
18                           2 S. Biscayne Boulevard, Suite 1750
                             Miami, FL 33131-1815
19                           (305) 400-4262
                             jmarcus@mnrlawfirm.com
20                           drashbaum@mnrlawfirm.com
                             agreen@mnrlawfirm.com
21

22    Also Present:          Mercedes Sornoza, USPO
                             Jennifer Klein, Special Agent
23

24

25
```

1    APPEARANCES CONTINUED:

2     REPORTED BY:          STEPHANIE A. McCARN, RPR
                            Official Court Reporter
3                           400 North Miami Avenue
                            Twelfth Floor
4                           Miami, Florida 33128
                            (305) 523-5518
5                           Stephanie_McCarn@flsd.uscourts.gov

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**I N D E X**</u>

<u>**WITNESSES**</u>

<u>**WITNESSES FOR THE GOVERNMENT:**</u>                                    <u>**Page**</u>
                                                                    --


<u>**WITNESSES FOR THE DEFENDANT:**</u>                                     <u>**Page**</u>
                                                                    --


<u>**EXHIBITS IN EVIDENCE**</u>            <u>**PRE**</u>     <u>**MARKED**</u>     <u>**ADMITTED**</u>

**Government's Exhibit No.**          --        --           --




<u>**MISCELLANEOUS**</u>

                                                                    <u>**Page**</u>
**Proceedings........................................**     **4**
**Court Reporter's Certificate......................**    **41**

```
 1              (The following proceedings were held at 11:12 a.m.)

 2                  THE COURT:  United States and John Scholtes.

 3                  MR. LARSEN:  Good morning, Your Honor.  Kevin Larsen

 4      on behalf of the United States again.  Special Agent Jennifer

 5      Klein is at counsel's table with me as well.

 6                  MR. MARCUS:  Judge, can we have just, like, two

 7      minutes.

 8                  THE COURT:  Of course.

 9          (Pause in proceedings.)

10                  THE COURT:  Please state your appearances.

11                  MR. MARCUS:  Good morning, Your Honor.  Jeff Marcus,

12      Dan Rashbaum and Allison Green on behalf of John Scholtes who

13      is present.

14                  THE COURT:  Good morning.

15                  Good morning, Mr. Scholtes.

16                  THE DEFENDANT:  Good morning.

17                  THE COURT:  And from Probation.

18                  PROBATION OFFICER:  Good morning, Your Honor.

19      Mercedes Sornoza on behalf of U.S. Probation.

20                  THE COURT:  Mr. Scholtes, we are here for your

21      sentencing hearing.  Have you had the opportunity of reviewing

22      with your attorneys the presentence investigation report, your

23      objections to the report, Probation's addendum and your

24      sentencing memorandum?

25                  THE DEFENDANT:  Yes, Your Honor.
```

1        THE COURT:  All right.  I will hear first from the

2  Government and then from your attorneys and then from you.

3        Mr. Larsen.

4        MR. LARSEN:  Thank you, Judge.  If I may approach one

5  more time.

6        THE COURT:  Yes.

7        MR. LARSEN:  I'm not going to belabor the discussion

8  that I had earlier before the Court about the seriousness of

9  this offense.  I think it's -- the Court recognizes the

10  seriousness of this offense, and I would like to talk more

11  about where Mr. Scholtes, the second to last Defendant in this

12  charged scheme, fits into the -- to the equation, if you will.

13        Your Honor, Mr. Scholtes is the -- in the Government's

14  estimation, the second-most culpable person in this scheme

15  behind Senthil Ramamurthy, arguably.  And Mr. Scholtes has

16  agreed to a 3-point role enhancement.  The parties submit that

17  the Court should adopt that 3-point role enhancement.  I

18  believe the facts in this case support such an enhancement.  It

19  fairly represents Mr. Scholtes's role in this offense.

20        During the course of this investigation, Your Honor,

21  I've referred to Mr. Scholtes both internally and also with his

22  counsel as -- I characterize him as sort of like the chief

23  operating officer of this scheme.  True, the scheme was born

24  and originated with Senthil Ramamurthy and his buddies, Asif

25  Uddin and later the defendants that you just sentenced,

1    Mr. Mahbubani, Mr. Sahs and Mr. Mauzy.

2            True, Mr. Scholtes, as he has made very clear in the

3    papers he has filed, did not get paid for actually recruiting a

4    patient, not a one-for-one recruiting scenario.  But what

5    Mr. -- where Mr. Scholtes played, what role he played in this

6    scheme was he really got paid for implementing and supervising

7    the mechanics of this complex fraud scheme.

8            He -- he was also very, I could say, instrumental in

9    devising the mechanics of -- of any detection of the scheme.

10   And that's where his -- sort of his role as the chief operating

11   officer.

12           Sure, he took -- he took direction from Senthil

13   Ramamurthy, but from Senthil Ramamurthy, most directions flowed

14   downward from Mr. Scholtes.  Mr. Scholtes was at the heart of

15   the money.  Mr. Scholtes was at the heart of bringing in

16   counsel, who everyone, up till now, has acknowledged was

17   brought in merely for window dressing.  And that came in

18   through Mr. Scholtes.

19           So Mr. Scholtes got paid for -- and as he's described

20   it, he got paid on an informal agreement, a back of the napkin

21   agreement, and I think that was by design.  I think

22   Mr. Scholtes comes in as a very highly -- he is very educated.

23   He knows how these healthcare businesses or schemes work and

24   didn't want necessarily to be tied to a contract like the

25   others in this case.

1    So I think the Court ought to keep in mind, maybe

2    Mr. Scholtes didn't make as much as some of the others, at

3    least as far as we know, but he was sophisticated and

4    knowledgeable about the healthcare field.  And he knew better

5    from the beginning.  When he got into this, he knew better.

6    He brought in -- like I said, he brought in some of

7    the other coconspirators.  He introduced Senthil Ramamurthy to

8    Jennifer John Carbon early on in the scheme.

9    And as I've said, his primary and probably most

10   important role here was keeping this scheme off the radar.

11   Unfortunately for them, it wasn't held off the radar for long

12   enough.

13   Mr. Scholtes's conduct was not aberrant at all.  It

14   starts in late 2014 or 2015 with Mr. Ramamurthy.  It continues

15   through the middle section where we talked about in the

16   previous sentencing hearing with the California Longshoreman

17   and the other private payers.  And then it continues even

18   further with targeting the Medicare program and the genomic

19   cancer testing scheme.  Mr. Scholtes has pled to two

20   conspiracies, unlike the others, Count 1 and Count 39.

21   The conduct was deceptive and extended.  And I think

22   one thing that bears noting for the Court is that he didn't

23   even end with the genetic testing scheme.  It continued.  And

24   this plea agreement is incorporating conduct that occurred up

25   in New Jersey.  And I believe that's really where Mr. Scholtes

1    decided.  He is also the last person to plead guilty.  So you

2    have Asif Uddin at the beginning, the first person.

3    Mr. Scholtes guilty pleads on the Court's plea deadline, the

4    last, and I think the Court should take that into account in

5    fashioning a sentence.  And I believe the guideline sentence is

6    appropriate.

7            But I also want the Court to be aware that in this

8    case there was another scheme outside of what was charged that

9    is captured in the plea agreement that Mr. Scholtes is being

10   held accountable for.  He received at least $250,000 from

11   another lab, late in the scheme, that postdates the genetic

12   testing conspiracy, and in that case the deception was

13   appalling.

14           Creating false invoices to make it look like there

15   were legitimate business dealings going on when all it was was

16   a disguise for kickbacks.  And I only bring that up not to

17   hammer Mr. Scholtes, to make him the worst person in this

18   conspiracy, because I don't think he was, but to illustrate for

19   the Court how much Mr. Scholtes knew and how much he knew

20   better, and he made those decisions to continue to engage in

21   this fraudulent and deceptive conduct.

22           So unlike the other defendants that I talked about

23   earlier, Your Honor, Mr. Scholtes was offered the opportunity

24   to come in.  I met with Mr. Scholtes before he was charged,

25   presented a picture of the Government's evidence for him,

1    explained to him how it was going to get worse, and it did, and

2    he chose not to come in and acknowledge responsibility.

3            So we indicted him, and he stands here before Your

4    Honor with a more serious charge and facing more serious

5    evidence.

6            Like the other defendants had in this case, he

7    declined to come in.  That was his right, but now he must face

8    the consequences of his decisions.  Like with the others, we

9    continued to investigate the case.  And I just -- one thing

10   that I want to make clear with the Court, the Government's

11   appreciation of the complexity of this fraud really evolved

12   over time.

13           I mention that in connection with Senthil Ramamurthy's

14   case.  Yes, I know it was frustrating for all of us.  There

15   were two superseding indictments.  And quite honestly, there

16   could have been a third.  This isn't the end of this

17   investigation.

18           Which is why I'm hopeful that Mr. Scholtes, like the

19   others, will be back before this Court in the context of a

20   Rule 35 because they do know more and they were engaged in

21   more, and I think they will be able to help the Government out.

22   And I do expect I will be back asking the Court to reduce

23   whatever sentence is ultimately imposed.  But I would ask the

24   Court to hold that consideration in abeyance until substantial

25   assistance can be -- can be completed.

1    With respect to the other factors, Your Honor, I think

2 that a sentence in the guideline range -- and I believe

3 Mr. Scholtes's guideline range, depending on where the Court

4 rules on the sophisticated means enhancement, which is still at

5 issue -- nobody that has come before this Court in this -- in

6 this case today got away with -- without a sophisticated means

7 enhancement.  The last three defendants stipulated that this

8 was a sophisticated fraud.

9    This Court found it to be a sophisticated fraud in the

10 context of Senthil Ramamurthy.  And I don't think there are any

11 circumstances that place Mr. Scholtes apart from that

12 enhancement.  So I think that that should apply.

13    So depending on how the Court comes down on where --

14 on the sophisticated means, Mr. Scholtes belongs somewhere

15 between Senthil Ramamurthy and the three defendants that Your

16 Honor just sentenced.  That recognizes where he stands in the

17 scheme and I think his comparative culpability.

18    I'm not going to belabor the Court with the arguments

19 that I made earlier about specific and general deterrence.  I

20 think the Court clearly appreciates the need in this community

21 and in this country for specific and, more importantly, general

22 deterrence.

23    I think with this type of fraud, general deterrence

24 speaks volumes to other would-be perpetrators.  And for that

25 reason, Your Honor, the Court should please consider the

1  serious and complex nature of this fraud, the fact that it

2  spanned multiple districts, multiple states coast to coast, and

3  targeted not one but two federal healthcare programs that are

4  there to support some of the most -- the honored and some of

5  the most vulnerable members of our society.

6           This offense deserves the guideline sentence that the

7  United States is asking for, whatever guideline sentence is

8  ultimately -- excuse me, whatever guideline range is ultimately

9  determined to fashion a sentence in that guideline range.

10 Thank you.

11          THE COURT:  Could you clarify, Mr. Larsen, what is the

12 Government's position on the advisory guidelines here?  You are

13 saying it is an offense level 29?

14          MR. LARSEN:  I believe that's correct, Your Honor.

15 We -- the parties agreed to stipulate to a 3-point role.

16          THE COURT:  Right.

17          MR. LARSEN:  With the only issue being sophisticated

18 means.

19          THE COURT:  All right.  So what's the range, then?  A

20 29?

21          MR. LARSEN:  That's correct, I believe.

22          87?

23          PROBATION OFFICER:  87 to 108, Your Honor.

24          THE COURT:  Thank you.

25          Thank you.

1        I will hear from Defense Counsel.

2        MR. MARCUS:  Thank you, Your Honor.  I agree with many

3  things that Mr. Larsen said.  And certainly the most important

4  thing you have to decide is weighing where John, from a

5  responsibility standpoint, stands in relation to the others

6  that were also involved, the three gentlemen that you just

7  sentenced, Mr. Ramamurthy and others.

8        And it's our position that he is much closer to the

9  last three gentlemen you just sentenced than to Mr. Ramamurthy.

10  I want to focus on that.

11        Just first, we have a lot of people in the courtroom

12  here, friends, family, John's fiancée.  I just want them to

13  rise so you can see.

14        In our papers we have detailed --

15        You can all sit down.

16        Obviously we have detailed who John is.  And the way

17  we are just going to do the sentencing or -- we are not going

18  to belabor.  We read the pleadings.  I was here this morning

19  for the other sentencing.

20        I am going to focus on John's role as it relates to

21  others and what happened, kind of addressing what Mr. Larsen

22  just talked about, and the sophisticated means issue.

23        And Mr. Rashbaum is going to come up and talk a little

24  bit about who John was for the six decades before this, and

25  we're going to have a few people address you.

1          THE COURT:  I may not have time for the few people

2    unless you want to come back after the lunch hour with those

3    few people.

4          MR. MARCUS:  Okay.  We will keep it brief.

5          THE COURT:  I am not asking you to.  I'm just saying

6    that we would need to stop at around 12:10, 12:15.  So if you

7    have a few people who still need to speak, it would have to be

8    after my 2 o'clock hearing.

9          MR. MARCUS:  Okay.  Very well, Your Honor.

10         THE COURT:  All right.

11         MR. MARCUS:  I will keep that in mind.

12         So starting with -- and the first thing I want to make

13   clear is, is that John doesn't want us to be up before you

14   today and be giving any impression that he doesn't -- he is not

15   extremely remorseful for what happened here, what he did, the

16   choices he made and the seriousness of the offense.  And

17   nothing that we are going to talk about today is designed in

18   any way to minimize that.  I think everyone's addressed the

19   seriousness of the crime here.

20         But in weighing where John fits in, we have to look

21   at, a little bit, about how this started and what he actually

22   did and how it -- it compares to others.

23         We have not contested the role enhancement, the

24   3-point level which raises, obviously, his offense level.

25   Either he is going to be a Level 29 or a Level 27 depending on

1   the sophisticated means enhancement.  The last three gentlemen

2   you sentenced got no role enhancement, and we will talk about

3   that.

4          Some of this is the way the guidelines are -- are

5   mechanic in some ways.  And certainly John because he was hired

6   by Mr. Ramamurthy and worked for that company, whereas the

7   others were sort of in a joint venture, if you will, they

8   worked together and then they sort of did a joint venture with

9   Mr. Ramamurthy, but they were obviously -- they were marketing,

10  they had people out in the field, people on military bases, as

11  you know, Your Honor, that were doing the recruiting.

12         John was not part of that.  He wasn't involved in the

13  recruiting.  He wasn't involved in that part of the business.

14         The way it started, you know, John was doing

15  consulting.  He was working.  He was actually teaching a class

16  that Mr. Ramamurthy audited while he was in medical school.

17  Mr. Ramamurthy then left, this is in 2014, and then he went off

18  and he started doing compounding.  And as you know, he brought

19  in his friends like Mr. Uddin and the others who were just

20  before you.

21         And yes, John did introduce Mr. Ramamurthy to Jennifer

22  Carbon in the summer of 2014, when he said, I am in this

23  compounding business.  Do you know any providers who might be

24  interested in that?

25         But he wasn't involved.  Like at that point in time,

1   he wasn't working there.  He didn't get profits.  He was

2   actually offered the ability to go into business with them at

3   that time.  He declined.  He was a consultant.  His background

4   is in finance.  As you see, he was in the banking world.  And

5   he then did healthcare investments in finance.  And then he had

6   a consulting company where he helped.  And he has been on the

7   finance side.

8           So while he does have healthcare experience, it's from

9   the finance side.  It's not a lawyer.  He doesn't have the

10  regulatory experience or the knowledge of the Anti-Kickback

11  Act.

12          What happened in this case, Your Honor, is that

13  Mr. Ramamurthy's business was exploding, we know, and I know

14  you have had many cases.  The compounding marketing business

15  was exploding nationwide, and there are a lot of people who are

16  responsible for that.  But they were doing marketing and they

17  had deals with these two pharmacies that are involved in the

18  case.  And that was all happening in 2014.  And he needed help

19  with running a business.  He needed help with the business

20  side, with this sort of finance skills that John has.  And John

21  came aboard in February of 2015 to work for them.

22          He didn't get paid a percentage of the -- of

23  reimbursement from TRICARE like the others.  He did bring in a

24  lawyer to be a compliance director.  Was that advice good?  No.

25  You know that there are advice-of-counsel issues in the case

that we are obviously not litigating.  And as Mr. Larsen knows, there are e-mails where John actually questioned some of the advice from the lawyers.

But the long and short of it is that there were red flags that appeared as he was working there.  But he did not go in to commit fraud.  That wasn't his intention from the beginning.

Yes, the money was good.  He was paid upfront, got a retainer.  He was paid for finance.  And obviously, in cases like this, money is always a motivating factor and we can't shy away from that.

And yes, he should have removed himself earlier than he did.  There is no question about that.  But he didn't create this.  But I agree with what Mr. Larsen said earlier, that all of these defendants play an important role in an offense like this.

However, when you look at what each are doing individually, if you look at Mr. Ramamurthy, for example, he received 120 months.  Clearly, in our view, the most culpable.  Not only does he start it and kind of bring everyone in, but he makes 3 million out of a total of 9 million.  He's by far the largest beneficiary of the scheme.

The three defendants who were just sentenced before you, they wind up making more money because Mr. Scholtes wasn't paid a percentage.  He wasn't an owner.  He didn't have equity

1    in the business.  He was paid for the work he did at a generous

2    rate certainly; and he did make money, and we don't shy away

3    from that.  He made a little under half a million dollars over

4    the course of this.  And so that is something that definitely

5    weighs in the sentencing, but it's less than these others,

6    certainly the three others who were just sentenced and

7    certainly less than Mr. Ramamurthy; and that is something that

8    positions him, I think, much closer to Mr. Mauzy and Sahs and

9    Mahbubani.

10            He -- you know, for him to be sentenced right under

11   Mr. Ramamurthy, who is enjoying -- who set these companies up,

12   who made the lion's share of the profits, his -- it would be, I

13   think, an unwarranted disparity.

14            I think, yes, he did -- Mr. Scholtes definitely was

15   involved in terms of operating the business as it existed doing

16   logistics.  He dealt with pharmacies and with telehealth

17   companies.  There is no question about that.  But, you know,

18   that is -- and that's why he is getting this role enhancement,

19   which I think already kind of puts him up under the guidelines

20   three levels beyond where the three defendants you just

21   sentenced are going to be, and that's why his guidelines even

22   start higher.

23            And so I think built into his guideline range puts him

24   at a level where at best he will be at 70 months or -- to 87 or

25   87 to 108.

1          The sophisticated means objection is not to minimize

2    what he did.  It's strictly to focus on does it -- was it

3    especially intricate or complex individually?  Not every single

4    defendant in a fraud scheme should receive that enhancement.

5          Unlike the other defendants, Mr. Scholtes did not set

6    up a special company to receive the money he got in this case.

7    He had a preexisting consulting business.  He got paid directly

8    from Mr. Ramamurthy's business.

9          He did not disguise financial transactions.  He wasn't

10   involved -- he did track accounts payable.  He did in terms of

11   moneys coming from the pharmacy that would go back to

12   Mr. Ramamurthy's business and then to see what, according to

13   the contracts, should go out to all the marketers and the

14   recruiters.  But none of that was disguised.  He didn't -- you

15   know, he dealt with the telehealth companies openly by e-mail

16   and apparently same with the pharmacies.

17         So the cases we cited talk about how you look at is

18   the Defendant individually taking steps to hide his conduct, to

19   hide financial assets, to conceal.  And the truth is that

20   Mr. Scholtes acted like this was -- I mean, he ran this like

21   any other business in terms of the consulting functions that he

22   came in to do, the systems, the finance, the accounts payable.

23         The fact that the business would engage in illegal

24   activity doesn't change his conduct and sort of what his role

25   and function was.  And so that's -- that's simply the argument

1   there.

2          In terms of the disparity, the three defendants you

3   just sentenced -- 45 months, 49 months, 49 months --

4   Mr. Scholtes would be at a minimum somewhere between 70 and 108

5   months, understanding that Mr. Ramamurthy is at 120 and sort of

6   at the top end.  And Mr. Larsen says that he sees our client in

7   between.

8          But if you look at factors like profit, if you look at

9   function, if you look at background, while he wasn't doing the

10  marketing, he was doing more in-house things, I think that his

11  function in this scheme is equivalent to or certainly close to

12  what those other folks were doing.  Because, obviously, they

13  were interacting with patients.  There were telehealth

14  companies that were providing the physicians.  Mr. Scholtes --

15  you know, he didn't interact with physicians.  He didn't

16  interact with patients.  All of those things are necessary,

17  clearly, to have a scheme operate like this.

18         And while his in-house function is why he's being held

19  for the loss amount, the total loss amount of Mr. Ramamurthy,

20  just a couple of points on that.  One, most of the work that he

21  did was in this period of time for the compounding pharmacies,

22  you know, February.  By May, TRICARE essentially stops paying.

23  Money comes in.  Essentially, that part is done.

24         There is a private insurance part that Mr. Larsen

25  references that others -- that people were involved with.

1        Mr. Scholtes made less substantially than all of those

2    other people.  He had a lesser role financially in that -- and

3    in fact, there are periods of time where he stops even working

4    with Mr. Ramamurthy.

5        He does come back, regrettably, and there's a few

6    months in 2017 involving the genetic testing lab.  And he is

7    involved.  He asks for payment.  There is a contract.  It is a

8    percentage-based payment.

9        That percentage-based payment is the same type of deal

10   that Mr. Larsen references with this other case that -- I mean,

11   it's out of New Jersey, the *Spectrum* case, that John is being

12   held accountable for and has pled to.

13       But the amount of money he received but for the work

14   he did from that lab scheme was $26,500 -- you know from the

15   evidence and the pleas in this case that -- that overall scheme

16   was over a million and a half dollars.  And I think that is

17   reflective relationally of what his importance was inside the

18   scheme, obviously a serious offense, but one where he had a

19   much -- certainly less than any sort of day-to-day role or even

20   any role, and certainly did not enjoy the shared profits like

21   others did, even in the other cases referenced, the *Spectrum*

22   case.

23       And again, it involved the same conduct, it involved a

24   percentage lab deals for testing and commissions for that.  And

25   most of that money that came into the company went to marketers

and others.  John did make some money but not very much, and it was distributed, you know.

We say these things, and you see, I think, the financial -- you see the -- you know, you see John's financial status.  There isn't money in bank accounts.  He would obviously love to make restitution but some -- you know, and this is not someone who lived lavishly.  This is not someone who was buying expensive cars and doing the kinds of things that Mr. Ramamurthy was doing.  He was living his normal life.

This happened several years ago.  And so he is unfortunately not in a position to make restitution as you can see from the PSR report.  But he is someone who is contrite. He has been working and cooperating actively, as you know.  And I think he is going to continue hopefully, if he's allowed, to still stay out and be able to meet and do those things.  And we can always go sidebar to the extent you have questions about his cooperation.

So I just -- at this point, because of the time, I want to call up Mr. Rashbaum who's going to focus on John's life and character.

MR. RASHBAUM:  Good morning, Your Honor.

THE COURT:  Good morning.

MR. RASHBAUM:  Given the time, what I'd like to try to do is we have three people who would like to briefly speak with Your Honor's -- if you'll indulge us, I would like to bring

1    them up first, and then I will briefly speak, very brief.

2         THE COURT:  Very well.

3         MR. RASHBAUM:  And Mr. Scholtes would like to say

4    something.

5         So why don't we start with Pastor Tom DeRosalia and

6    his wife Joanie.

7         MS. DEROSALIA:  Hi, Your Honor.

8         THE COURT:  Good morning.

9         MS. DEROSALIA:  Good morning.  We would like to thank

10   the Court --

11        THE COURT:  I'm sorry.  Could you state your names.

12        MS. DEROSALIA:  Yeah, I'm sorry.  Yes.  We -- our

13   names are --

14        MR. DEROSALIA:  Tom and Joanie DeRosalia.

15        THE COURT:  Spell your last name, please.

16        MR. DEROSALIA:  D-E-R-O-S-A-L-I-A.

17        THE COURT:  Thank you.

18        MS. DEROSALIA:  Sure.  Your Honor, we would like to

19   thank the Court for allowing us the opportunity to briefly

20   share with you firsthand knowledge and an understanding of what

21   we truly know of John's character and his integrity.

22        We have known John collectively for 20 years.  We met

23   him through our churches where he has spent that whole time

24   with us in volunteerism.  Over the past 12 years, my husband,

25   as a pastor, has worked with John in a discipleship ministry

1    where John has been helping men to get their lives restored.

2    And over the past seven years, John has worked with my husband

3    and I in the homeless ministry in Broward County.

4          Now, in the homeless ministry of Broward County, John

5    spends his time teaching and coaching.  We have seen him love

6    the unlovable, unbelievably so.  He pours out his life to the

7    homeless.  Weekly, we have a room of approximately 80

8    unsheltered and few poor people that come to the outreach.  And

9    he -- when John reaches out with a message, whether it be a

10    teaching or a testimony or one-on-one counseling, literally the

11    whole room gets quiet because they know his heart and they know

12    he is there to help them succeed in life.

13          Now, he counsels and loves on them.  He has such an

14    incredible heart for the hurting, and he truly loves the

15    unlovable.

16          Now, he's part of a new program called Homes United,

17    which is a partnership with United Way of Broward County and

18    local churches, and what we do is we help men and women with

19    transitional housing.  And during that time, we have six

20    months' mentoring, and he -- we had already agreed that he --

21    John had already volunteered to be a mentor for the men's

22    homes.  And they will be teaching them life skills for the 26

23    weeks -- and then with the hope that these men will be able to

24    move on in their life and no longer be homeless.

25          We have also known John when he's gone through

1    financial times, when he's had -- when he was building his

2    business and he had success and then when he had failures.  But

3    everything -- during the whole time, his personality never

4    changed.  He was always John.

5           We know that he has always maintained his integrity at

6    all times.  And we personally just truly love and admire John.

7    And during this period of time, we have seen him show such

8    grace under pressure.  We are prayerfully asking God to grant

9    wisdom and understanding to all during these difficult times.

10   And we pray, Your Honor, to show leniency and mercy to John.

11          He has so much to give to his family.  He has so much

12   to give to our marginalized community.  He is truly an asset to

13   our ministry and gives with all his heart and soul.  He is a

14   valued volunteer to the homeless.  But more importantly, he is

15   a dear, dear friend of ours that we can always count on.  And

16   we thank you, Your Honor.

17          THE COURT:  Thank you.

18          MR. RASHBAUM:  Judge, next, we would like to ask David

19   Schnitzer to briefly come up.

20          MR. SCHNITZER:  Good morning, Your Honor.

21          THE COURT:  Good morning.  Please spell your last

22   name.

23          MR. SCHNITZER:  It's David, S-C-H-N-I-T-Z-E-R,

24   Schnitzer.

25          THE COURT:  Thank you.

1          MR. SCHNITZER:  Thank you for the opportunity to say a

2     few words about Mr. Scholtes.

3          I first met John in 1990.  We both were financial

4     advisors at Morgan Stanley.  We quickly became the best of

5     friends.  And over the past 30 years, I've grown to love John

6     as I would my own brother.

7          John has always been a man who I deeply respect.  He

8     is a hardworking man, a man who raised a beautiful daughter as

9     a single parent, a man who always went to church on the

10    weekends.  He actually got me to go with him, and I'm Jewish.

11         A man who for years would go into detention centers

12    and prisons and do missionary work in the Tri-County area.

13    When the hurricane came years ago, I remember John going down

14    to Haiti to take medical supplies, and I think he did that on

15    his own dime.  He would take food to the homeless.  He was

16    always charitable with both his time and his money.

17         Your Honor, John Scholtes is a good man.  I understand

18    that laws have been broken and today he stands ready to accept

19    his punishment.  I just pray the Court finds mercy in whatever

20    sentence you deem appropriate.  And I thank you for the

21    opportunity.

22         THE COURT:  Thank you very much.

23         MR. RASHBAUM:  The last person that would like to

24    speak is Taylor Wishnov.

25         MS. WISHNOV:  Hello, Your Honor.  I'm Taylor Wishnov,

1    W-I-S-H-N-O-V.

2          My name is Taylor Wishnov, daughter of Carol Wishnov.

3    I'd first like to say how honored I am to represent John

4    Scholtes up here.  Though I'm the one speaking, these words

5    also represent my two brothers' thoughts and feelings towards

6    John.  These words come from all of us.

7          I have known John Scholtes for nine years, a full

8    third of my life.  He started dating my mother when I was a

9    senior in high school and later on became her fiancé.  Although

10   they are not married, I do consider him my stepfather.

11         When I first met him, I was shocked.  I had no idea

12   someone could be this kind.  I thought it was too good to be

13   true that he cared so much about my family, gave such wonderful

14   advice and was such an exemplary model on how to live life for

15   me and my two siblings as we navigated into young adulthood.

16         It wasn't too good to be true.  This is John Scholtes.

17         During this time, I saw John become an integral part

18   of not only my mother's life but the people who surround him.

19   John is truly selfless.  He is always someone people can count

20   on.  He has brought reliability and guidance to the people who

21   belong to Coral Ridges church group, his neighbors, and a

22   school in Haiti he is a board member on.

23         John won't even watch movies with violence or cursing

24   because it upsets him.  I mean, all the man watches is *The*

25   *Bachelor* and rom-coms.

1           I look at him as a role model for all of the mad

2     relationships I will have in my lifetime.  The way he treats

3     women is very important to me, with kindness and respect well

4     beyond what I thought was possible.  John represents the exact

5     kind of person I hoped I would find one day as a young woman.

6           His thoughtfulness and kindness as well as his empathy

7     is evident in his relationship with my mother.  And when we

8     speak, I feel as though every word is being carefully heard and

9     considered.

10          These are the types of relationships that empower

11    women, and I can only hope that all of the women in my life get

12    to experience the love like my mom gets to experience every day

13    with John.

14          One thing that always stands out in my mind, excuse

15    me, is what he did for our Aunt Loretta.  Aunt Loretta lives a

16    full hour away from us in Miami and was unable to drive, but

17    every week he would drive the entire distance to Miami, pick

18    her up, drive her back to our home for dinner, and then drive

19    her all the way back again.  Over four full hours of driving

20    just to have a family member for dinner.  And again, this

21    wasn't even his family.  This is the perfect example of the

22    lengths to which John goes through for the people he loves.

23          He has over and over again treated us with nothing but

24    kindness and respect.  John Scholtes is a man of God, of true

25    faith and Christian ideals.  He devotes his time and energy to

1    others as well.  He leads numerous Bible groups, exploring the

2    Scripture for ways to improve himself and others in the eyes of

3    God.  He volunteers his time to help the needy, the homeless

4    and the disenfranchised.

5            John Scholtes is more than just speak.  He puts his

6    ideals into action.

7            Along these lines, however, I do want to say that if

8    John Scholtes has a flaw, it would be his unquestioning trust

9    and faith in his fellow human beings.  Though this is a trying

10   time, if anyone can learn from this and grow from it and

11   continue to contribute to society, it's John.

12           Being a judge must be unimaginably difficult to make

13   decisions on how to deliver both justice for individuals and

14   justice for communities.  But John is a net positive to

15   society.  It would negatively impact his family, his church,

16   his volunteer efforts and all of his communities to see him

17   gone.

18           The balance of these communities against personal

19   consequence is a difficult one, but we ask on behalf of all of

20   us to consider lenience.

21           To me, it seems as though John is the last person who

22   needs all of us to vouch for him.  His character has never been

23   questioned by me, my family or anyone in his life.  God did

24   good with his man, and I vouch for his character with all of my

25   heart.  I would do anything for John, and he would do anything

1  for me, and that's why I love him.

2      I -- I'm sorry.  I hope this testimony was able to

3  help you better understand the kind of wonderful person John

4  Scholtes really is.  And thank you for your time this morning.

5      THE COURT:  Thank you very much.

6      MR. RASHBAUM:  Judge, I have been doing this for a

7  long time.  Five years as a -- four years as a prosecutor, but

8  you may not know this, almost 20 years as a defense lawyer.  I

9  hate sentencings, as I am sure you do as well.

10      The difficult thing at sentencings that I find is I

11  get to know my clients and I have to try to portray to you who

12  they are.  Mr. Marcus and I kind of have a routine that he does

13  the legal arguments because he is much smarter than I am, and I

14  try to portray to the judge who the person is sitting at that

15  table who has done wrongdoing, which is what you see.  You see

16  their wrongdoing.  And for years and years and years, I still

17  have not figured out how to do that.

18      And so last night when I tried to figure out what I

19  was going to say to you, what could actually maybe portray to

20  you -- and I know you read the papers, because I know you, and

21  I know you read all their letters, and so I could talk to you

22  about all this community involvement and I could talk to you

23  about all the good things he has done, but you hear that every

24  day in this courtroom at sentencings.

25      So I figured to myself, how do I portray who John

1  Scholtes is without doing what I always do, and I couldn't

2  figure it out, and then I woke up this morning and I figured it

3  out when I saw my kids.

4      And here's what I can tell you.  For almost 20 years,

5  I have represented defendants.  I have never had a defendant

6  come to my house except John Scholtes.  He's the only defendant

7  I have invited to my house.

8      Now, we were working, but it happened that my wife was

9  working and my kids were there.  He is the only defendant that

10 has met my kids in nearly 20 years.  And I would tell you that

11 the day he gets out of prison, I'd be happy to have him babysit

12 for my kids.

13     Now, I am a very nervous parent, a very overprotective

14 parent, but all I can tell you is you have heard the letters, I

15 am not John's friend, I'm his lawyer.  But in 20 years he is

16 the only one of my clients that has been to my house.

17     Judge, I know that Mr. Scholtes would like to say

18 something.

19     THE COURT:  Thank you.

20     THE DEFENDANT:  John Scholtes, S-C-H-O-L-T-E-S.

21     Your Honor, I'm humbled and privileged for the

22 opportunity to come before you this morning in consideration of

23 the circumstances.  I'm so humbled by my friends and family

24 that are here.  I stand before God, Your Honor, my friends and

25 family in this country asking for forgiveness of my actions as

1    they relate to this case.

2           As you read in my written personal testimony, God has

3    brought me through an abusive and very dysfunctional childhood,

4    and yet He worked all things together for good, through the

5    opportunity for me to volunteer with the different ministries,

6    which has been an honor and a blessing to me over the years.

7    And counting my amazing family and friends, I have been blessed

8    beyond measure.

9           I have been able to serve, as you know.  I have been

10   engaged to that woman for nine years.  Or after nine years

11   together, it's amazing.  Our relationship grows and gets better

12   and better.  And our children are so incredible.  And again, as

13   you look around this courtroom, and my family and friends are

14   here to support me.  Only one word could describe my life, and

15   it's blessed.  I believe that God took what was intended for

16   bad and made it all good.

17          As you probably can imagine, last year, I recently

18   lost my dream job where, since July of 2015, I have been the

19   CEO of a leading research organization where I've been so

20   blessed and fortunate to work with the top pharmaceutical

21   companies and biotechnological companies in the world.

22          And, Your Honor, I would just like to share that in

23   Luke 12:48 in the Bible, it says "From everyone who has been

24   given much, much will be demanded."

25          And I have been given so much, and yet I compromised

1   my faith and I sin by my involvement in this crime.  I could

2   never fully express my remorse or the sorrow.  I wish I could

3   take that day back.

4           My poor judgments, my conduct.

5           And while I know the Lord has much work left to do

6   with me, I also acknowledge and understand that there are

7   consequences.

8           I thank you for this time.

9           And again, I thank you for my friends and family that

10  are here for me today.

11          Thank you.

12          THE COURT:  Thank you, Mr. Scholtes.

13          MR. LARSEN:  Your Honor, may I just have a moment.  I

14  just have a few words that I would like to add.

15          THE COURT:  Yes.

16          MR. LARSEN:  I get -- I don't think there is a

17  distinction between me as a defense attorney and a prosecutor

18  in how -- at least this prosecutor standing before this Court

19  and how we view sentencings.  I think sentencings are

20  difficult.  They are difficult for me too.

21          I get to know the defendants.  I have gotten to know

22  Mr. Scholtes.  I see their humanity.  But at the end of the

23  day, a crime has been committed and we're here to -- we're here

24  to take account of Mr. Scholtes's actions.

25          And two things I just want to touch on.  Similar to

1    the last defendants that were before this case -- this Court,

2    the guidelines as they stand, even if the Court imposes the

3    2-point enhancement, it's an underrepresentation of the conduct

4    in this case.  Mr. Scholtes pled to healthcare fraud

5    conspiracies, and he is being held responsible for under $9.5

6    million, when in actuality, Mr. Ramamurthy pled to conduct that

7    was over 9.5, and if you just -- even if you take that out of

8    the equation, you can't ignore the $250,000 in kickbacks that

9    Mr. Scholtes received from perpetrators of a large healthcare

10   fraud scheme in the District of New Jersey that was being

11   investigated in the District of New Jersey.

12           And the reason I bring that up is to take a look at

13   just what he received.  I did the math sitting at tables here,

14   it was about $726,000.  And I say that because Mr. Marcus

15   wanted to make the argument that he didn't get paid as much.

16   He made a lot of money, and he made a lot of money in a

17   fraudulent way.

18           And Mr. Marcus said it wasn't his intention from the

19   beginning -- and I'm speaking about Mr. Scholtes -- to commit

20   fraud.  I don't agree with that.  I think it was his intention

21   to commit fraud.  And I think what -- it's very important to

22   note, for this Court to note, is what was his intention at the

23   end.

24           And I have an invoice here, and I believe in my heart

25   this is why Mr. Scholtes is here today, because the Government

1    kept investigating and found these invoices from December of

2    2018.  This is long after the indictments in this case.

3         Mr. Scholtes is charging $750 an hour for a lunch,

4    because he wasn't having lunch, that was a disguise.  It was a

5    disguised -- disguised kickback from the one-month period of

6    November of -- excuse me -- November of 2018 to December of

7    2019, there is an invoice here that Mr. Scholtes knows about,

8    his counsel knows about, where he received -- was paid $91,500.

9    And the invoices were for such things like lunch with contacts

10   to determine interest in working with a particular lab.

11        That's not what happened.  That was a payment of a

12   kickback, and that's what would have come out in trial.  So I

13   ask the Court when considering a motion for a variance, a

14   downward variance, which is not appropriate in this case, to

15   consider the totality of the conduct, what Mr. Scholtes did at

16   the beginning, how he conducted himself in the middle, and most

17   importantly how he conducted himself at the end after several

18   of his colleagues had been indicted.  That speaks volumes about

19   who Mr. Scholtes is.

20        THE COURT:  Let me address the -- thank you -- the

21   objection to the sophisticated means, the two points that

22   Probation includes at Paragraph 114.

23        As noted by the Government, I have assigned this

24   2-point enhancement to all participants, to all coconspirators,

25   because the offense involved multiple companies and intricate

1   paper trail, repetitive coordinated conduct and steps taken to

2   conceal the offense.

3          I know this Defendant did not create the multiple

4   companies, but he designed and implemented systems to track the

5   referral of the beneficiaries' compounded medication

6   prescriptions to pharmacies to calculate the amount of

7   kickbacks.  He coordinated and directed the movement of TRICARE

8   beneficiaries' prescriptions between compounding pharmacies to

9   maximize the amount of kickbacks.  And like his codefendants,

10  he is deserving of a sophisticated means enhancement based on

11  his own conduct, which is what the guidelines require us to

12  consider.

13         Consequently, under the advisory guidelines,

14  Mr. Scholtes is at an offense level of 29.  The recommended

15  range is 87 to 108 months' imprisonment.

16         I turn to the factors in 18 U.S. Code, Section 3553 in

17  seeking to fashion a sentence that is sufficient but not

18  greater than necessary to achieve the objectives of sentencing.

19  And in doing so, I am in agreement with the Government that a

20  sentence within the advisory guidelines range is the

21  appropriate sentence.

22         This Defendant, like many of the others who were

23  sentenced this morning, does quite a bit of good, and that

24  quite bit of good has been addressed in the remarks today by

25  family and friends of Mr. Scholtes, and it's addressed in the

1   sentencing memorandum Defense Counsel provided.  And it's also

2   addressed in detail in Mr. Scholtes's own letter to the Court.

3          So I know that Mr. Scholtes is a good man.  I can

4   understand why Defense Counsel would have no concerns about

5   having him at his home.  But I am not sentencing a felon in

6   possession.  I'm not sentencing somebody for a *Hobbs Act*

7   robbery.  I am not sentencing somebody for violent criminal

8   acts.  I am sentencing somebody for your classic white-collar

9   scheme that results in, in this case, close to $10 million in

10  loss to two federal healthcare programs.

11          So no, Mr. Scholtes is not a danger to children or

12  families, and he does a lot of good, but he's also done a lot

13  of bad.  And it's the bad conduct that brings him before the

14  Court, not the good conduct.  You don't come to a federal judge

15  to be rewarded for good deeds done in the community.  You come

16  to a federal judge at sentencing because you have done

17  something bad.  And in this case, in looking at the 3553

18  factors, the nature and circumstances of the offense conduct,

19  it's really bad.

20          Because it wasn't just TRICARE.  It was just TRICARE

21  for the three other defendants who I sentenced earlier this

22  morning.  And as Mr. Larsen said, it didn't end here but it

23  continued.

24          So having noted the history and characteristics of the

25  Defendant and the nature and circumstances of the offense

1   conduct, I must also look at the need for deterrence, a very

2   serious consideration in this case, the need to avoid

3   unwarranted sentencing disparity, promote respect for the law,

4   provide just punishment.

5          Sentencing is not something that we judges enjoy

6   either or look forward to.

7          What sentence is sufficient and not greater than

8   necessary here?

9          I'm troubled by the length of time involved.  I'm

10  troubled by the activities involved over that period of time.

11  It's almost as if Mr. Scholtes has two personalities in one,

12  right?  So on the one hand, he is doing all these good deeds

13  with his church and his community and community involvement.

14  And on the other hand, he is bringing home money at the end of

15  the day derived from lies, lies, and stealing from Government

16  healthcare programs, really worthy programs.  Not any programs

17  that you could fault for being in existence for being there to

18  provide for the disabled military and the elderly.

19                       THE COURT'S RULING

20          THE COURT:  So having given very careful consideration

21  to all of the 3553 factors, it is the judgment of the Court,

22  Mr. Scholtes, that you are committed to the Bureau of Prisons

23  to be imprisoned for a term of 97 months.  The term consists of

24  97 months as to Counts 1 -- as to Count 1 and 60 months as to

25  Count 39 to run concurrently.

1          I find that you are not able to pay a fine as well as

2   restitution.   Therefore, no fine is imposed.   You must pay

3   restitution in the amount of $9,436,176 jointly and severely

4   with your codefendants and with Asif Uddin and Jennifer Carbon.

5          During incarceration, if you earn wages in a federal

6   prison industries job, you must pay 50 percent of wages earned

7   toward the financial obligations imposed.   If you do not work

8   in a federal prison industries job, you must pay a minimum of

9   $50 per quarter.

10          Upon release from incarceration, you will pay

11   restitution at the rate of 15 percent of your monthly gross

12   earnings until the Court alters that payment schedule in the

13   interest of justice.

14          The U.S. Bureau of Prisons, U.S. Probation Office and

15   U.S. Attorney's Office will monitor the payment of restitution

16   and report to the Court any material change in your ability to

17   pay.   These payments do not preclude the Government from using

18   any other anticipated or unexpected financial gains, assets or

19   income of yours to satisfy restitution.   Restitution is to be

20   made payable to the clerk and in turn is to be forwarded to the

21   victims.

22          I find that you are not able to pay a fine as well as

23   restitution, therefore no fine is imposed.

24          Upon release from imprisonment, you will be on

25   supervised release for three years as to Counts 1 and 39 to run

1    concurrently.  Within 72 hours of release from the custody of

2    the Bureau of Prisons, you will report in person to the

3    probation office in the district to which you are released.

4           While on supervised release, you will comply with the

5    mandatory and standard conditions of supervision.  Those

6    include not committing any crimes, being prohibited from

7    possessing a firearm or other dangerous device, not unlawfully

8    possessing a controlled substance and cooperating in the

9    collection of DNA.

10          You will also comply with the following special

11   conditions: the financial disclosure requirement, no new debt

12   restriction, healthcare business restriction, unpaid

13   restitution fines or special assessments.  You may not leave

14   the Southern District of Florida until all restitution is paid

15   in full, and you must actively seek and maintain full-time

16   employment.

17          You must pay the United States a special assessment of

18   $100 as to Counts 1 and 39 for a total of $200.  The Government

19   is to supply a proposed order of forfeiture within three days.

20          Now that the sentence has been imposed, does the

21   Defendant or his attorneys object to the Court's finding or the

22   manner in which the sentence was announced?

23          MR. MARCUS:  No, Your Honor.

24          Just two things.  We would recommend the RDAP program

25   consistent with the findings of the PSI and ask for placement

40

1    locally at FCI Miami.

2            MR. RASHBAUM:  The camp, Your Honor.

3            MR. MARCUS:  Yes.

4            THE COURT:  I will include those recommendations.

5            Mr. Scholtes, you have the right to appeal the

6    sentence.  Any notice of appeal must be filed within 14 days

7    after entry of the judgment.  If you are unable to pay the cost

8    of an appeal, you may apply for leave to appeal *in forma*

9    *pauperis*.

10           I have signed the order allowing for the voluntary

11   surrender of Mr. Scholtes.  I know that the two parties had

12   requested that.

13           Are there any counts that need to be dismissed,

14   Mr. Larsen?

15           MR. LARSEN:  Yes, Your Honor.  The United States moves

16   to dismiss all remaining counts against Mr. Scholtes.

17           THE COURT:  Those counts are dismissed.

18           Mr. Scholtes, good luck to you and to your family.

19           You all have a good day.

20           COURT SECURITY OFFICER:  All rise.

21       (The proceedings concluded at 12:12 p.m.)

22

23

24

25

1

## C E R T I F I C A T E

2

3        I hereby certify that the foregoing is an

accurate transcription of the proceedings in the
4

above-entitled matter.
5

6

7     _06/26/20__
         DATE            STEPHANIE A. McCARN, RPR
8                        Official United States Court Reporter
                         400 North Miami Avenue, Twelfth Floor
9                        Miami, Florida 33128
                         (305) 523-5518
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 36:9
**$100** [1] - 39:18
**$200** [1] - 39:18
**$250,000** [2] - 8:10, 33:8
**$26,500** [1] - 20:14
**$50** [1] - 38:9
**$726,000** [1] - 33:14
**$750** [1] - 34:3
**$9,436,176** [1] - 38:3
**$91,500** [1] - 34:8

## 0

**06/26/20** [1] - 41:7

## 1

**1** [6] - 1:8, 7:20, 37:24, 38:25, 39:18
**108** [4] - 11:23, 17:25, 19:4, 35:15
**114** [1] - 34:22
**11:12** [2] - 1:6, 4:1
**12** [1] - 22:24
**12-2** [1] - 1:7
**120** [2] - 16:19, 19:5
**12:10** [1] - 13:6
**12:12** [2] - 1:6, 40:21
**12:15** [1] - 13:6
**12:48** [1] - 31:23
**14** [1] - 40:6
**15** [1] - 38:11
**1750** [1] - 1:18
**18** [1] - 35:16
**18-cr-20710-CMA-9** [1] - 1:2
**1990** [1] - 25:3

## 2

**2** [2] - 1:18, 13:8
**2-point** [2] - 33:3, 34:24
**20** [5] - 22:22, 29:8, 30:4, 30:10, 30:15
**2014** [4] - 7:14, 14:17, 14:22, 15:18
**2015** [3] - 7:14, 15:21, 31:18
**2017** [1] - 20:6
**2018** [2] - 34:2, 34:6
**2019** [1] - 34:7
**2020** [1] - 1:5
**24** [1] - 1:5
**26** [1] - 23:22
**27** [1] - 13:25
**29** [4] - 11:13, 11:20,

13:25, 35:14

## 3

**3** [1] - 16:21
**3-point** [4] - 5:16, 5:17, 11:15, 13:24
**30** [1] - 25:5
**305** [4] - 1:14, 1:19, 2:4, 41:9
**3312B** [2] - 2:4, 41:9
**33131-1815** [1] - 1:18
**33132** [1] - 1:14
**35** [1] - 9:20
**3553** [3] - 35:16, 36:17, 37:21
**39** [4] - 7:20, 37:25, 38:25, 39:18

## 4

**4** [1] - 3:16
**400** [2] - 2:3, 41:8
**400-4262** [1] - 1:19
**41** [2] - 1:8, 3:16
**45** [1] - 19:3
**49** [1] - 19:3

## 5

**50** [1] - 38:6
**523-5518** [2] - 2:4, 41:9

## 6

**60** [1] - 37:24

## 7

**70** [2] - 17:24, 19:4
**72** [1] - 39:1

## 8

**80** [1] - 23:7
**87** [5] - 11:22, 11:23, 17:24, 17:25, 35:15

## 9

**9** [1] - 16:21
**9.5** [2] - 33:5, 33:7
**961-9001** [1] - 1:14
**97** [2] - 37:23, 37:24
**99** [1] - 1:13

## A

**a.m** [2] - 1:6, 4:1

**aberrant** [1] - 7:13
**abeyance** [1] - 9:24
**ability** [2] - 15:2, 38:16
**able** [7] - 9:21, 21:15, 23:23, 29:2, 31:9, 38:1, 38:22
**aboard** [1] - 15:21
**above-entitled** [1] - 41:4
**abusive** [1] - 31:3
**accept** [2] - 25:18
**according** [1] - 18:12
**account** [2] - 8:4, 32:24
**accountable** [2] - 8:10, 20:12
**accounts** [3] - 18:10, 18:22, 21:5
**accurate** [1] - 41:3
**achieve** [1] - 35:18
**acknowledge** [2] - 9:2, 32:6
**acknowledged** [1] - 6:16
**Act** [2] - 15:11, 36:6
**acted** [1] - 18:20
**action** [1] - 28:6
**actions** [2] - 30:25, 32:24
**actively** [2] - 21:13, 39:15
**activities** [1] - 37:10
**activity** [1] - 18:24
**acts** [1] - 36:8
**actuality** [1] - 33:6
**add** [1] - 32:17
**addendum** [1] - 4:23
**address** [2] - 12:25, 34:20
**addressed** [4] - 13:18, 35:24, 35:25, 36:2
**addressing** [1] - 12:21
**admire** [1] - 24:6
**ADMITTED** [1] - 3:9
**adopt** [1] - 5:17
**adulthood** [1] - 26:15
**advice** [4] - 15:24, 15:25, 16:3, 26:14
**advice-of-counsel** [1] - 15:25
**advisors** [1] - 25:4
**advisory** [3] - 11:12, 35:13, 35:20
**Agent** [1] - 1:22, 4:4
**ago** [2] - 21:10, 25:13
**agree** [3] - 1:22, 16:14, 33:20
**agreed** [3] - 5:16, 11:15, 23:20

**agreement** [5] - 6:20, 6:21, 7:24, 8:9, 35:19
**agreen@mnrlawfirm.com** [1] - 1:20
**Allison** [1] - 4:12
**ALLISON** [1] - 1:17
**allowed** [1] - 21:14
**allowing** [2] - 22:19, 40:10
**almost** [3] - 29:8, 30:4, 37:11
**alters** [1] - 38:12
**ALTONAGA** [1] - 1:10
**amazing** [2] - 31:7, 31:11
**AMERICA** [1] - 1:4
**amount** [6] - 19:19, 20:13, 35:6, 35:9, 38:3
**announced** [1] - 39:22
**Anti** [1] - 15:10
**Anti-Kickback** [1] - 15:10
**anticipated** [1] - 38:18
**apart** [1] - 10:11
**appalling** [1] - 8:13
**appeal** [4] - 40:5, 40:6, 40:8
**appearances** [1] - 4:10
**APPEARANCES** [2] - 1:11, 2:1
**appeared** [1] - 16:5
**apply** [2] - 10:12, 40:8
**appreciates** [1] - 10:20
**appreciation** [1] - 9:11
**approach** [1] - 5:4
**appropriate** [4] - 8:6, 25:20, 34:14, 35:21
**area** [1] - 25:12
**arguably** [1] - 5:15
**argument** [2] - 18:25, 33:15
**arguments** [2] - 10:18, 29:13
**Asif** [3] - 5:24, 8:2, 38:4
**assessment** [1] - 39:17
**assessments** [1] - 39:13
**asset** [1] - 24:12
**assets** [2] - 18:19, 38:18
**assigned** [1] - 34:23
**assistance** [1] - 9:25
**Assistant** [1] - 1:13

**attorney** [1] - 32:17
**Attorney** [1] - 1:13
**Attorney's** [1] - 38:15
**attorneys** [3] - 4:22, 5:2, 39:21
**audited** [1] - 14:16
**Aunt** [1] - 27:15
**aunt** [1] - 27:15
**Avenue** [2] - 2:3, 41:8
**avoid** [1] - 37:2
**aware** [1] - 8:7

## B

**babysit** [1] - 30:11
**Bachelor** [1] - 26:25
**background** [2] - 15:3, 19:9
**bad** [5] - 31:16, 36:13, 36:17, 36:19
**balance** [1] - 28:18
**bank** [1] - 21:5
**banking** [1] - 15:4
**based** [3] - 20:8, 20:9, 35:10
**bases** [1] - 14:10
**bears** [1] - 7:22
**beautiful** [1] - 25:8
**became** [2] - 25:4, 26:9
**become** [1] - 26:17
**BEFORE** [1] - 1:10
**beginning** [5] - 7:5, 8:2, 16:7, 33:19, 34:16
**behalf** [4] - 4:4, 4:12, 4:19, 28:19
**behind** [1] - 5:15
**beings** [1] - 28:9
**belabor** [3] - 5:7, 10:18, 12:18
**belong** [1] - 26:21
**belongs** [1] - 10:14
**beneficiaries'** [2] - 35:5, 35:8
**beneficiary** [1] - 16:22
**best** [1] - 17:24, 25:4
**better** [6] - 7:4, 7:5, 8:20, 29:3, 31:11, 31:12
**between** [5] - 10:15, 19:4, 19:7, 32:17, 35:8
**beyond** [3] - 17:20, 27:4, 31:8
**Bible** [2] - 28:1, 31:23
**biotechnological** [1] - 31:21
**Biscayne** [1] - 1:18
**bit** [4] - 12:24, 13:21,

35:23, 35:24
**blessed** [3] - 31:7,
31:15, 31:20
**blessing** [1] - 31:6
**board** [1] - 26:22
**born** [1] - 5:23
**Boulevard** [1] - 1:18
**brief** [2] - 13:4, 22:1
**briefly** [4] - 21:24,
22:1, 22:19, 24:19
**bring** [5] - 8:16, 15:23,
16:20, 21:25, 33:12
**bringing** [2] - 6:15,
37:14
**brings** [1] - 36:13
**broken** [1] - 25:18
**brother** [1] - 25:6
**brothers'** [1] - 26:5
**brought** [6] - 6:17,
7:6, 14:18, 26:20,
31:3
**Broward** [3] - 23:3,
23:4, 23:17
**buddies** [1] - 5:24
**building** [1] - 24:1
**built** [1] - 17:23
**Bureau** [3] - 37:22,
38:14, 39:2
**business** [17] - 8:15,
14:13, 14:23, 15:2,
15:13, 15:14, 15:19,
17:1, 17:15, 18:7,
18:8, 18:12, 18:21,
18:23, 24:2, 39:12
**businesses** [1] - 6:23
**buying** [1] - 21:8
**BY** [1] - 2:2

## C

**calculate** [1] - 35:6
**California** [1] - 7:16
**camp** [1] - 40:2
**cancer** [1] - 7:19
**captured** [1] - 8:9
**Carbon** [3] - 7:8,
14:22, 38:4
**cared** [1] - 26:13
**careful** [1] - 37:20
**carefully** [1] - 27:8
**Carol** [1] - 26:2
**cars** [1] - 21:8
**case** [24] - 5:18, 6:25,
8:8, 8:12, 9:6, 9:9,
9:14, 10:6, 15:12,
15:18, 15:25, 18:6,
20:10, 20:11, 20:15,
20:22, 31:1, 33:1,
33:4, 34:2, 34:14,
36:9, 36:17, 37:2

**CASE** [1] - 1:2
**cases** [4] - 15:14,
16:9, 18:17, 20:21
**CECILIA** [1] - 1:10
**centers** [1] - 25:11
**CEO** [1] - 31:19
**certainly** [8] - 12:3,
14:5, 17:2, 17:6,
17:7, 19:11, 20:19,
20:20
**Certificate..............
....** [1] - 3:16
**certify** [1] - 41:2
**change** [2] - 18:24,
38:16
**changed** [1] - 24:4
**character** [4] - 21:20,
22:21, 28:22, 28:24
**characteristics** [1] -
36:24
**characterize** [1] - 5:22
**charge** [1] - 9:4
**charged** [3] - 5:12,
8:8, 8:24
**charging** [1] - 34:3
**charitable** [1] - 26:25
**chief** [2] - 5:22, 6:10
**childhood** [1] - 31:3
**children** [2] - 31:12,
36:11
**choices** [1] - 13:16
**chose** [1] - 9:2
**Christian** [1] - 27:25
**church** [4] - 25:9,
26:21, 28:15, 37:13
**churches** [2] - 22:23,
23:18
**circumstances** [4] -
10:11, 10:23, 36:18,
36:25
**cited** [1] - 18:17
**clarify** [1] - 11:11
**class** [1] - 14:15
**classic** [1] - 36:8
**clear** [3] - 6:2, 9:10,
13:13
**clearly** [3] - 10:20,
16:19, 19:17
**clerk** [1] - 38:20
**client** [1] - 19:6
**clients** [2] - 29:11,
30:16
**close** [2] - 19:11, 36:9
**closer** [2] - 12:8, 17:8
**coaching** [1] - 23:5
**coast** [1] - 11:2
**coconspirators** [2] -
7:7, 34:24
**Code** [1] - 35:16

**codefendants** [2] -
35:9, 38:4
**collar** [1] - 36:8
**colleagues** [1] - 34:18
**collection** [1] - 39:9
**collectively** [1] - 22:22
**coming** [1] - 18:11
**commissions** [1] -
20:24
**commit** [3] - 16:6,
33:19, 33:21
**committed** [2] - 32:23,
37:22
**committing** [1] - 39:6
**communities** [3] -
28:14, 28:16, 28:18
**community** [6] -
10:20, 24:12, 29:22,
36:15, 37:13
**companies** [8] -
17:11, 17:17, 18:15,
19:14, 31:21, 34:25,
35:4
**company** [4] - 14:6,
15:6, 18:6, 20:25
**comparative** [1] -
10:17
**compares** [1] - 13:22
**completed** [1] - 9:25
**complex** [3] - 6:7,
11:1, 18:3
**complexity** [1] - 9:11
**compliance** [1] -
15:24
**comply** [2] - 39:4,
39:10
**compounded** [1] -
35:5
**compounding** [5] -
14:18, 14:23, 15:14,
19:21, 35:8
**compromised** [1] -
31:25
**coms** [1] - 26:25
**conceal** [2] - 18:19,
35:2
**concerns** [1] - 36:4
**concluded** [1] - 40:21
**concurrently** [2] -
37:25, 39:1
**conditions** [2] - 39:5,
39:11
**conduct** [17] - 7:13,
7:21, 7:24, 8:21,
18:18, 18:24, 20:23,
32:4, 33:3, 33:6,
34:15, 35:1, 35:11,
36:13, 36:14, 36:18,
37:1
**conducted** [2] - 34:16,

34:17
**connection** [1] - 9:13
**consequence** [1] -
28:19
**consequences** [2] -
9:8, 32:7
**consequently** [1] -
35:13
**consider** [5] - 10:25,
26:10, 28:20, 34:15,
35:12
**consideration** [4] -
9:24, 30:22, 37:2,
37:20
**considered** [1] - 27:9
**considering** [1] -
34:13
**consistent** [1] - 39:25
**consists** [1] - 37:23
**conspiracies** [2] -
7:20, 33:5
**conspiracy** [2] - 8:12,
8:18
**consultant** [1] - 15:3
**consulting** [4] - 14:15,
15:6, 18:7, 18:21
**contacts** [1] - 34:9
**contested** [1] - 13:23
**context** [2] - 9:19,
10:10
**continue** [3] - 8:20,
21:14, 28:11
**CONTINUED** [1] - 2:1
**continued** [2] - 7:23,
9:9, 36:23
**continues** [2] - 7:14,
7:17
**contract** [2] - 6:24,
20:7
**contracts** [1] - 18:13
**contribute** [1] - 28:11
**contrite** [1] - 21:12
**controlled** [1] - 39:8
**cooperating** [2] -
21:13, 39:8
**cooperation** [1] -
21:17
**coordinated** [2] -
35:1, 35:7
**Coral** [1] - 26:21
**correct** [2] - 11:14,
11:21
**cost** [1] - 40:7
**counsel** [4] - 5:22,
6:16, 15:25, 34:8
**Counsel** [2] - 12:1,
36:1, 36:4
**counsel's** [1] - 4:5
**counseling** [1] - 23:10
**counsels** [1] - 23:13

**count** [2] - 24:15,
26:19
**Count** [4] - 7:20,
37:24, 37:25
**counting** [1] - 31:7
**country** [2] - 10:21,
30:25
**counts** [3] - 40:13,
40:16, 40:17
**Counts** [3] - 37:24,
38:25, 39:18
**County** [4] - 23:3,
23:4, 23:17, 25:12
**couple** [1] - 19:20
**course** [3] - 4:8, 5:20,
17:4
**Court** [35] - 2:2, 3:16,
5:8, 5:9, 5:17, 7:1,
7:22, 8:4, 8:7, 8:19,
9:10, 9:19, 9:22,
9:24, 10:3, 10:5,
10:9, 10:13, 10:18,
10:20, 10:25, 22:10,
22:19, 25:19, 32:18,
33:1, 33:2, 33:22,
34:13, 36:2, 36:14,
37:21, 38:12, 38:16,
41:8
**COURT** [35] - 1:1, 4:2,
4:8, 4:10, 4:14, 4:17,
4:20, 5:1, 5:6, 11:11,
11:16, 11:19, 11:24,
13:1, 13:5, 13:10,
21:22, 22:2, 22:8,
22:11, 22:15, 22:17,
24:17, 24:21, 24:25,
25:22, 29:5, 30:19,
32:12, 32:15, 34:20,
37:20, 40:4, 40:17,
40:20
**Court's** [2] - 8:3, 39:21
**COURT'S** [1] - 37:19
**Courtroom** [1] - 1:7
**courtroom** [3] - 12:11,
29:24, 31:13
**create** [2] - 16:13, 35:3
**creating** [1] - 8:14
**crime** [3] - 13:19,
32:1, 32:23
**crimes** [1] - 39:6
**criminal** [1] - 36:7
**culpability** [1] - 10:17
**culpable** [2] - 5:14,
16:19
**cursing** [1] - 26:23
**custody** [1] - 39:1

## D

**D-E-R-O-S-A-L-I-A** [1]

- 22:16
**Dan** [1] - 4:12
**danger** [1] - 36:11
**dangerous** [1] - 39:7
**DANIEL** [1] - 1:16
**DATE** [1] - 41:7
**dating** [1] - 26:8
**daughter** [2] - 25:8, 26:2
**David** [2] - 24:18, 24:23
**day-to-day** [1] - 20:19
**days** [2] - 39:19, 40:6
**deadline** [1] - 8:3
**deal** [1] - 20:9
**dealings** [1] - 8:15
**deals** [2] - 15:17, 20:24
**dealt** [2] - 17:16, 18:15
**dear** [2] - 24:15
**debt** [1] - 39:11
**decades** [1] - 12:24
**December** [2] - 34:1, 34:6
**deception** [1] - 8:12
**deceptive** [2] - 7:21, 8:21
**decide** [1] - 12:4
**decided** [1] - 8:1
**decisions** [3] - 8:20, 9:8, 28:13
**declined** [2] - 9:7, 15:3
**deeds** [2] - 36:15, 37:12
**deem** [1] - 25:20
**deeply** [1] - 25:7
**defendant** [4] - 18:4, 30:5, 30:6, 30:9
**Defendant** [7] - 1:8, 5:11, 18:18, 35:3, 35:22, 36:25, 39:21
**DEFENDANT** [5] - 1:16, 3:6, 4:16, 4:25, 30:20
**defendants** [14] - 5:25, 8:22, 9:6, 10:7, 10:15, 16:15, 16:23, 17:20, 18:5, 19:2, 30:5, 32:21, 33:1, 36:21
**defense** [2] - 29:8, 32:17
**Defense** [3] - 12:1, 36:1, 36:4
**definitely** [2] - 17:4, 17:14
**deliver** [1] - 28:13
**demanded** [1] - 31:24
**derived** [1] - 37:15

**DeRosalia** [2] - 22:5, 22:14
**DEROSALIA** [6] - 22:7, 22:9, 22:12, 22:14, 22:16, 22:18
**describe** [1] - 31:14
**described** [1] - 6:19
**deserves** [1] - 11:6
**deserving** [1] - 35:10
**design** [1] - 6:21
**designed** [2] - 13:17, 35:4
**detail** [1] - 36:2
**detailed** [2] - 12:14, 12:16
**detection** [1] - 6:9
**detention** [1] - 25:11
**determine** [1] - 34:10
**determined** [1] - 11:9
**deterrence** [4] - 10:19, 10:22, 10:23, 37:1
**device** [1] - 39:7
**devising** [1] - 6:9
**devotes** [1] - 27:25
**different** [1] - 31:5
**difficult** [4] - 24:9, 28:12, 28:19, 29:10, 32:20
**dime** [1] - 25:15
**dinner** [2] - 27:18, 27:20
**directed** [1] - 35:7
**direction** [1] - 6:12
**directions** [1] - 6:13
**directly** [1] - 18:7
**director** [1] - 15:24
**disabled** [1] - 37:18
**discipleship** [1] - 22:25
**disclosure** [1] - 39:11
**discussion** [1] - 5:7
**disenfranchised** [1] - 28:4
**disguise** [3] - 8:16, 18:9, 34:4
**disguised** [2] - 18:14, 34:5
**dismiss** [1] - 40:16
**dismissed** [2] - 40:13, 40:17
**disparity** [3] - 17:13, 19:2, 37:3
**distance** [1] - 27:17
**distinction** [1] - 32:17
**distributed** [1] - 21:2
**district** [1] - 39:3
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [2] - 33:10,

33:11, 39:14
**districts** [1] - 11:2
**DIVISION** [1] - 1:2
**DNA** [1] - 39:9
**dollars** [2] - 17:3, 20:16
**done** [6] - 19:23, 29:15, 29:23, 36:12, 36:15, 36:16
**down** [3] - 10:13, 12:15, 25:13
**downward** [2] - 6:14, 34:14
**drashbaum@ mnrlawfirm.com** [1] - 1:20
**dream** [1] - 31:18
**dressing** [1] - 6:17
**drive** [4] - 27:16, 27:17, 27:18
**driving** [1] - 27:19
**During** [1] - 26:17
**during** [6] - 5:20, 23:19, 24:3, 24:7, 24:9, 38:5
**dysfunctional** [1] - 31:3

## E

**e-mail** [1] - 18:15
**e-mails** [1] - 16:2
**early** [1] - 7:8
**earn** [1] - 38:5
**earned** [1] - 38:6
**earnings** [1] - 38:12
**educated** [1] - 6:22
**efforts** [1] - 28:16
**either** [2] - 13:25, 37:6
**elderly** [1] - 37:18
**empathy** [1] - 27:6
**employment** [1] - 39:16
**empower** [1] - 27:10
**end** [8] - 7:23, 9:16, 19:6, 32:22, 33:23, 34:17, 36:22, 37:14
**energy** [1] - 27:25
**engage** [2] - 8:20, 18:23
**engaged** [2] - 9:20, 31:10
**enhancement** [14] - 5:16, 5:17, 5:18, 10:4, 10:7, 10:12, 13:23, 14:1, 14:2, 17:18, 18:4, 33:3, 34:24, 35:10
**enjoy** [2] - 20:20, 37:5
**enjoying** [1] - 17:11

**entire** [1] - 27:17
**entitled** [1] - 41:4
**entry** [1] - 40:7
**equation** [2] - 5:12, 33:8
**equity** [1] - 16:25
**equivalent** [1] - 19:11
**especially** [1] - 18:3
**ESQ** [4] - 1:12, 1:16, 1:16, 1:17
**essentially** [2] - 19:22, 19:23
**estimation** [1] - 5:14
**evidence** [3] - 8:25, 9:5, 20:15
**EVIDENCE** [1] - 3:9
**evident** [1] - 27:7
**evolved** [1] - 9:11
**exact** [1] - 27:4
**example** [2] - 16:18, 27:21
**except** [1] - 30:6
**excuse** [3] - 11:8, 27:14, 34:6
**exemplary** [1] - 26:14
**Exhibit** [1] - 3:10
**EXHIBITS** [1] - 3:9
**existed** [1] - 17:15
**existence** [1] - 37:17
**expect** [1] - 9:22
**expensive** [1] - 21:8
**experience** [4] - 15:8, 15:10, 27:12
**explained** [1] - 9:1
**exploding** [2] - 15:13, 15:15
**exploring** [1] - 28:1
**express** [1] - 32:2
**extended** [1] - 7:21
**extent** [1] - 21:16
**extremely** [1] - 13:15
**eyes** [1] - 28:2

## F

**face** [1] - 9:7
**facing** [1] - 9:4
**fact** [3] - 11:1, 18:23, 20:3
**factor** [1] - 16:10
**factors** [5] - 10:1, 19:8, 35:16, 36:18, 37:21
**facts** [1] - 5:18
**failures** [1] - 24:2
**fairly** [1] - 5:19
**faith** [3] - 27:25, 28:9, 32:1
**false** [1] - 8:14

**families** [1] - 36:12
**family** [14] - 12:12, 24:11, 26:13, 27:20, 27:21, 28:15, 28:23, 30:23, 30:25, 31:7, 31:13, 32:9, 35:25, 40:18
**far** [2] - 7:3, 16:21
**fashion** [1] - 11:9, 35:17
**fashioning** [1] - 8:5
**fault** [1] - 37:17
**FCI** [1] - 40:1
**February** [3] - 1:5, 15:21, 19:22
**federal** [6] - 11:3, 36:10, 36:14, 36:16, 38:5, 38:8
**feelings** [1] - 26:5
**fellow** [1] - 28:9
**felon** [1] - 36:5
**few** [8] - 12:25, 13:1, 13:3, 13:7, 20:5, 23:8, 25:2, 32:14
**fiancé** [1] - 26:9
**fiancée** [1] - 12:12
**field** [2] - 7:4, 14:10
**figure** [2] - 29:18, 30:2
**figured** [3] - 29:17, 29:25, 30:2
**filed** [2] - 6:3, 40:6
**finance** [7] - 15:4, 15:5, 15:7, 15:9, 15:20, 16:9, 18:22
**financial** [9] - 18:9, 18:19, 21:4, 24:1, 25:3, 38:7, 38:18, 39:11
**financially** [1] - 20:2
**findings** [1] - 39:25
**fine** [4] - 38:1, 38:2, 38:22, 38:23
**fines** [1] - 39:13
**firearm** [1] - 39:7
**first** [8] - 5:1, 8:2, 12:11, 13:12, 22:1, 25:3, 26:3, 26:11
**firsthand** [1] - 22:20
**fits** [2] - 5:12, 13:20
**five** [1] - 29:7
**FL** [2] - 1:14, 1:18
**flags** [1] - 16:5
**flaw** [1] - 28:8
**Floor** [2] - 2:3, 41:8
**FLORIDA** [1] - 1:1
**Florida** [4] - 1:4, 2:4, 39:14, 41:9
**flowed** [1] - 6:13
**focus** [4] - 12:10, 12:20, 18:2, 21:19

**folks** [1] - 19:12
**following** [2] - 4:1, 39:10
**food** [1] - 25:15
**FOR** [4] - 1:12, 1:16, 3:3, 3:6
**foregoing** [1] - 41:2
**forfeiture** [1] - 39:19
**forgiveness** [1] - 30:25
**forma** [1] - 40:8
**fortunate** [1] - 31:20
**forward** [1] - 37:6
**forwarded** [1] - 38:20
**four** [2] - 27:19, 29:7
**Fourth** [1] - 1:13
**fraud** [12] - 6:7, 9:11, 10:8, 10:9, 10:23, 11:1, 16:6, 18:4, 33:4, 33:10, 33:20, 33:21
**fraudulent** [2] - 8:21, 33:17
**friend** [2] - 24:15, 30:15
**friends** [9] - 12:12, 14:19, 25:5, 30:23, 30:24, 31:7, 31:13, 32:9, 35:25
**frustrating** [1] - 9:14
**full** [5] - 26:7, 27:16, 27:19, 39:15
**full-time** [1] - 39:15
**fully** [1] - 32:2
**function** [4] - 18:25, 19:9, 19:11, 19:18
**functions** [1] - 18:21

## G

**gains** [1] - 38:18
**general** [3] - 10:19, 10:21, 10:23
**generous** [1] - 17:1
**genetic** [3] - 7:23, 8:11, 20:6
**genomic** [1] - 7:18
**gentlemen** [3] - 12:6, 12:9, 14:1
**given** [4] - 21:23, 31:24, 31:25, 37:20
**God** [7] - 24:8, 27:24, 28:3, 28:23, 30:24, 31:2, 31:15
**GOVERNMENT** [2] - 1:12, 3:3
**Government** [8] - 5:2, 9:21, 33:25, 34:23, 35:19, 37:15, 38:17, 39:18

**Government's** [5] - 3:10, 5:13, 8:25, 9:10, 11:12
**grace** [1] - 24:8
**grant** [1] - 24:8
**greater** [2] - 35:18, 37:7
**GREEN** [1] - 1:17
**Green** [1] - 4:12
**gross** [1] - 38:11
**group** [1] - 26:21
**groups** [1] - 28:1
**grow** [1] - 28:10
**grown** [1] - 25:5
**grows** [1] - 31:11
**guidance** [1] - 26:20
**guideline** [8] - 8:5, 10:2, 10:3, 11:6, 11:7, 11:8, 11:9, 17:23
**guidelines** [8] - 11:12, 14:4, 17:19, 17:21, 33:2, 35:11, 35:13, 35:20
**guilty** [2] - 8:1, 8:3

## H

**Haiti** [2] - 25:14, 26:22
**half** [2] - 17:3, 20:16
**hammer** [1] - 21:25
**hand** [2] - 37:12, 37:14
**happy** [1] - 30:11
**hardworking** [1] - 25:8
**hate** [1] - 29:9
**healthcare** [10] - 6:23, 7:4, 11:3, 15:5, 15:8, 33:4, 33:9, 36:10, 37:16, 39:12
**hear** [3] - 5:1, 12:1, 29:23
**heard** [2] - 27:8, 30:14
**hearing** [3] - 4:21, 7:16, 13:8
**heart** [7] - 6:14, 6:15, 23:11, 23:14, 24:13, 28:25, 33:24
**held** [6] - 4:1, 7:11, 8:10, 19:18, 20:12, 33:5
**hello** [1] - 25:25
**help** [7] - 9:21, 15:18, 15:19, 23:12, 23:18, 28:3, 29:3
**helped** [1] - 15:6
**helping** [1] - 23:1
**hereby** [1] - 41:2
**hi** [1] - 22:7

**hide** [2] - 18:18, 18:19
**high** [1] - 26:9
**higher** [1] - 17:22
**highly** [1] - 6:22
**himself** [4] - 16:12, 28:2, 34:16, 34:17
**hired** [1] - 14:5
**history** [1] - 36:24
**Hobbs** [1] - 36:6
**hold** [1] - 9:24
**home** [3] - 27:18, 36:5, 37:14
**homeless** [7] - 23:3, 23:4, 23:7, 23:24, 24:14, 25:15, 28:3
**Homes** [1] - 23:16
**homes** [1] - 23:22
**honestly** [1] - 9:15
**Honor** [32] - 4:3, 4:11, 4:18, 4:25, 5:13, 5:20, 8:23, 9:4, 10:1, 10:16, 10:25, 11:14, 11:23, 12:2, 13:9, 14:11, 15:12, 21:21, 22:7, 22:18, 24:10, 24:16, 24:20, 25:17, 25:25, 30:21, 30:24, 31:22, 32:13, 39:23, 40:2, 40:15
**honor** [1] - 31:6
**Honor's** [1] - 21:25
**HONORABLE** [1] - 1:10
**honored** [2] - 11:4, 26:3
**hope** [3] - 23:23, 27:11, 29:2
**hoped** [1] - 27:5
**hopeful** [1] - 9:18
**hopefully** [1] - 21:14
**hour** [3] - 13:2, 27:16, 34:3
**hours** [2] - 27:19, 39:1
**house** [5] - 19:10, 19:18, 30:6, 30:7, 30:16
**housing** [1] - 23:19
**human** [1] - 38:9
**humanity** [1] - 32:22
**humbled** [2] - 30:21, 30:23
**hurricane** [1] - 25:13
**hurting** [1] - 23:14
**husband** [2] - 22:24, 23:2

## I

**idea** [1] - 26:11
**ideals** [2] - 27:25, 28:6

**ignore** [1] - 33:8
**illegal** [1] - 18:23
**illustrate** [1] - 8:18
**imagine** [1] - 31:17
**impact** [1] - 28:15
**implemented** [1] - 35:4
**implementing** [1] - 6:6
**importance** [1] - 20:17
**important** [5] - 7:10, 12:3, 16:15, 27:3, 33:21
**importantly** [3] - 10:21, 24:14, 34:17
**imposed** [5] - 9:23, 38:2, 38:7, 38:23, 39:20
**imposes** [1] - 33:2
**impression** [1] - 13:14
**imprisoned** [1] - 37:23
**imprisonment** [2] - 35:15, 38:24
**improve** [1] - 28:2
**IN** [1] - 3:9
**in-house** [2] - 19:10, 19:18
**incarceration** [2] - 38:5, 38:10
**include** [2] - 39:6, 40:4
**includes** [1] - 34:22
**income** [1] - 38:19
**incorporating** [1] - 7:24
**incredible** [2] - 23:14, 31:12
**indicted** [2] - 9:3, 34:18
**indictments** [2] - 9:15, 34:2
**individually** [3] - 16:18, 18:3, 18:18
**individuals** [1] - 28:13
**indulge** [1] - 21:25
**industries** [2] - 38:6, 38:8
**informal** [1] - 6:20
**inside** [1] - 20:17
**instrumental** [1] - 6:8
**insurance** [1] - 19:24
**integral** [1] - 26:17
**integrity** [2] - 22:21, 24:5
**intended** [1] - 31:15
**intention** [4] - 16:6, 33:18, 33:20, 33:22
**interact** [2] - 19:15, 19:16
**interacting** [1] - 19:13

**interest** [2] - 34:10, 38:13
**interested** [1] - 14:24
**internally** [1] - 5:21
**intricate** [2] - 18:3, 34:25
**introduce** [1] - 14:21
**introduced** [1] - 7:7
**investigate** [1] - 9:9
**investigated** [1] - 33:11
**investigating** [1] - 34:1
**investigation** [3] - 4:22, 5:20, 9:17
**investments** [1] - 15:5
**invited** [1] - 30:7
**invoice** [2] - 33:24, 34:7
**invoices** [3] - 8:14, 34:1, 34:9
**involved** [14] - 12:6, 14:12, 14:13, 14:25, 15:17, 17:15, 18:10, 19:25, 20:7, 20:23, 34:25, 37:9, 37:10
**involvement** [3] - 29:22, 32:1, 37:13
**involving** [1] - 20:6
**issue** [3] - 10:5, 11:17, 12:22
**issues** [1] - 15:25

## J

**Jeff** [1] - 4:11
**JEFFREY** [1] - 1:16
**Jennifer** [5] - 1:22, 4:4, 7:8, 14:21, 38:4
**Jersey** [4] - 7:25, 20:11, 33:10, 33:11
**Jewish** [1] - 25:10
**jmarcus@ mnrlawfirm.com** [1] - 1:19
**Joanie** [2] - 22:6, 22:14
**job** [3] - 31:18, 38:6, 38:8
**JOHN** [1] - 1:7
**John** [54] - 4:2, 4:12, 7:8, 12:4, 12:16, 12:24, 13:13, 13:20, 14:5, 14:12, 14:14, 14:21, 15:20, 16:2, 20:11, 21:1, 22:22, 22:25, 23:1, 23:2, 23:4, 23:9, 23:21, 23:25, 24:4, 24:6, 24:10, 25:3, 25:5,

25:7, 25:13, 25:17, 26:3, 26:6, 26:7, 26:16, 26:17, 26:19, 26:23, 27:4, 27:13, 27:22, 27:24, 28:5, 28:8, 28:11, 28:14, 28:21, 28:25, 29:3, 29:25, 30:6, 30:20
**John's** [6] - 12:12, 12:20, 21:4, 21:19, 22:21, 30:15
**joint** [2] - 14:7, 14:8
**jointly** [1] - 38:3
**JUDGE** [1] - 1:10
**judge** [8] - 4:6, 24:18, 28:12, 29:6, 29:14, 30:17, 36:14, 36:16
**Judge** [1] - 5:4
**judges** [1] - 37:5
**judgment** [2] - 37:21, 40:7
**judgments** [1] - 32:4
**July** [1] - 31:18
**justice** [3] - 28:13, 28:14, 38:13

## K

**keep** [3] - 7:1, 13:4, 13:11
**keeping** [1] - 7:10
**kept** [1] - 34:1
**Kevin** [1] - 4:3
**KEVIN** [1] - 1:12
**kevin.larsen@usdoj.gov** [1] - 1:15
**Kickback** [1] - 15:10
**kickback** [2] - 34:5, 34:12
**kickbacks** [4] - 8:16, 33:8, 35:7, 35:9
**kids** [4] - 30:3, 30:9, 30:10, 30:12
**kind** [7] - 12:21, 16:20, 17:19, 26:12, 27:5, 29:3, 29:12
**kindness** [3] - 27:3, 27:6, 27:24
**kinds** [1] - 21:8
**Klein** [2] - 1:22, 4:5
**knowledge** [2] - 15:10, 22:20
**knowledgeable** [1] - 7:4
**known** [3] - 22:22, 23:25, 26:7
**knows** [4] - 6:23, 16:1, 34:7, 34:8

## L

**lab** [5] - 8:11, 20:6, 20:14, 20:24, 34:10
**large** [1] - 33:9
**largest** [1] - 16:22
**LARSEN** [10] - 1:12, 4:3, 5:4, 5:7, 11:14, 11:17, 11:21, 32:13, 32:16, 40:15
**Larsen** [12] - 4:3, 5:3, 11:11, 12:3, 12:21, 16:1, 16:14, 19:6, 19:24, 20:10, 36:22, 40:14
**last** [13] - 5:11, 8:1, 8:4, 10:7, 12:9, 14:1, 22:15, 24:21, 25:23, 28:21, 29:18, 31:17, 33:1
**late** [2] - 7:14, 8:11
**lavishly** [1] - 21:7
**law** [1] - 37:3
**laws** [1] - 25:18
**lawyer** [4] - 15:9, 15:24, 29:8, 30:15
**lawyers** [1] - 16:3
**leading** [1] - 31:19
**leads** [1] - 28:1
**learn** [1] - 28:10
**least** [3] - 7:3, 8:10, 32:18
**leave** [2] - 39:13, 40:8
**left** [2] - 14:17, 32:5
**legal** [1] - 29:13
**legitimate** [1] - 8:15
**length** [1] - 37:9
**lengths** [1] - 27:22
**lenience** [1] - 28:20
**leniency** [1] - 24:10
**less** [4] - 17:5, 17:7, 20:1, 20:19
**lesser** [1] - 20:2
**letter** [1] - 36:2
**letters** [2] - 29:21, 30:14
**Level** [2] - 13:25
**level** [5] - 11:13, 13:24, 17:24, 35:14
**levels** [1] - 17:20
**lies** [1] - 37:15
**life** [12] - 21:9, 21:20, 23:6, 23:12, 23:22, 23:24, 26:8, 26:14, 26:18, 27:11, 28:23, 31:14
**lifetime** [1] - 27:2
**lines** [1] - 28:7
**lion's** [1] - 17:12
**literally** [1] - 23:10

**litigating** [1] - 16:1
**live** [1] - 26:14
**lived** [1] - 21:7
**lives** [2] - 23:1, 27:15
**living** [1] - 21:9
**LLP** [1] - 1:17
**local** [1] - 23:18
**locally** [1] - 40:1
**logistics** [1] - 17:16
**Longshoreman** [1] - 7:16
**look** [13] - 8:14, 13:20, 16:17, 16:18, 18:17, 19:8, 19:9, 27:1, 31:13, 33:12, 37:1, 37:6
**looking** [1] - 36:17
**Lord** [1] - 32:5
**Loretta** [1] - 27:15
**loss** [3] - 19:19, 36:10
**lost** [1] - 31:18
**love** [6] - 21:6, 23:5, 24:6, 25:5, 27:12, 29:1
**loves** [3] - 23:13, 23:14, 27:22
**luck** [1] - 40:18
**Luke** [1] - 31:23
**lunch** [4] - 13:2, 34:3, 34:4, 34:9

## M

**mad** [1] - 27:1
**Mahbubani** [2] - 6:1, 17:9
**mail** [1] - 18:15
**mails** [1] - 16:2
**maintain** [1] - 39:15
**maintained** [1] - 24:5
**man** [10] - 25:7, 25:8, 25:9, 25:11, 25:17, 26:24, 27:24, 28:24, 36:3
**mandatory** [1] - 39:5
**manner** [1] - 39:22
**MARCUS** [9] - 1:16, 4:6, 4:11, 12:2, 13:4, 13:9, 13:11, 39:23, 40:3
**Marcus** [5] - 1:17, 4:11, 29:12, 33:14, 33:18
**marginalized** [1] - 24:12
**MARKED** [1] - 3:9
**marketers** [2] - 18:13, 20:25
**marketing** [4] - 14:9, 15:14, 15:16, 19:10

**married** [1] - 26:10
**material** [1] - 38:16
**math** [1] - 33:13
**matter** [1] - 41:4
**Mauzy** [2] - 6:1, 17:8
**maximize** [1] - 35:9
**McCARN** [2] - 2:2, 41:7
**mean** [3] - 18:20, 20:10, 26:24
**means** [9] - 10:4, 10:6, 10:14, 11:18, 12:22, 14:1, 18:1, 34:21, 35:10
**measure** [1] - 31:8
**mechanic** [1] - 14:5
**mechanics** [2] - 6:7, 6:9
**medical** [2] - 14:16, 25:14
**Medicare** [1] - 7:18
**medication** [1] - 35:5
**meet** [1] - 21:15
**member** [2] - 26:22, 27:20
**members** [1] - 11:5
**memorandum** [2] - 4:24, 36:1
**men** [3] - 23:1, 23:18, 23:23
**men's** [1] - 23:21
**mention** [1] - 9:13
**mentor** [1] - 23:21
**mentoring** [1] - 23:20
**Mercedes** [2] - 1:22, 4:19
**mercy** [2] - 24:10, 25:19
**merely** [1] - 6:17
**message** [1] - 23:9
**met** [5] - 8:24, 22:22, 25:3, 26:11, 30:10
**MIAMI** [1] - 1:2
**Miami** [10] - 1:4, 1:14, 1:18, 2:3, 2:4, 27:16, 27:17, 40:1, 41:8, 41:9
**middle** [2] - 7:15, 34:16
**might** [1] - 14:23
**military** [2] - 14:10, 37:18
**million** [6] - 16:21, 17:3, 20:16, 33:6, 36:9
**mind** [3] - 7:1, 13:11, 27:14
**minimize** [2] - 13:18, 18:1
**minimum** [2] - 19:4,

38:8
**ministries** [1] - 31:5
**ministry** [4] - 22:25, 23:3, 23:4, 24:13
**minutes** [1] - 4:7
**MISCELLANEOUS** [1] - 3:14
**missionary** [1] - 25:12
**model** [2] - 26:14, 27:1
**mom** [1] - 27:12
**moment** [1] - 32:13
**money** [9] - 6:15, 16:8, 16:10, 16:24, 17:2, 18:6, 19:23, 20:13, 20:25, 21:1, 21:5, 25:16, 33:16, 37:14
**moneys** [1] - 18:11
**monitor** [1] - 38:15
**month** [1] - 34:5
**monthly** [1] - 38:11
**months** [16] - 16:19, 17:24, 19:3, 19:5, 20:6, 37:23, 37:24
**months'** [2] - 23:20, 35:15
**Morgan** [1] - 25:4
**morning** [18] - 4:3, 4:11, 4:14, 4:15, 4:16, 4:18, 12:18, 21:21, 21:22, 22:8, 22:9, 24:20, 24:21, 29:4, 30:2, 30:22, 35:23, 36:22
**most** [10] - 5:14, 6:13, 7:9, 11:4, 11:5, 12:3, 16:19, 19:20, 20:25, 34:16
**mother** [2] - 26:8, 27:7
**mother's** [1] - 26:18
**motion** [1] - 34:13
**motivating** [1] - 16:10
**move** [1] - 23:24
**movement** [1] - 35:7
**moves** [1] - 40:15
**movies** [1] - 26:23
**MR** [29] - 4:3, 4:6, 4:11, 5:4, 5:7, 11:14, 11:17, 11:21, 12:2, 13:4, 13:9, 13:11, 21:21, 21:23, 22:3, 22:14, 22:16, 24:18, 24:20, 24:23, 25:1, 25:23, 29:6, 32:13, 32:16, 39:23, 40:2, 40:3, 40:15
**MS** [5] - 22:7, 22:9, 22:12, 22:18, 25:25
**multiple** [4] - 11:2,

34:25, 35:3
**must** [9] - 9:7, 28:12, 37:1, 38:2, 38:6, 38:8, 39:15, 39:17, 40:6

## N

**name** [3] - 22:15, 24:22, 26:2
**names** [2] - 22:11, 22:13
**napkin** [1] - 6:20
**nationwide** [1] - 15:15
**nature** [3] - 11:1, 36:18, 36:25
**navigated** [1] - 26:15
**nearly** [1] - 30:10
**necessarily** [1] - 6:24
**necessary** [3] - 19:16, 35:18, 37:8
**need** [6] - 10:20, 13:6, 13:7, 37:1, 37:2, 40:13
**needed** [2] - 15:18, 15:19
**needs** [1] - 28:22
**needy** [1] - 28:3
**negatively** [1] - 28:15
**neighbors** [1] - 26:21
**Neiman** [1] - 1:17
**nervous** [1] - 30:13
**net** [1] - 28:14
**never** [4] - 24:3, 28:22, 30:5, 32:2
**New** [4] - 7:25, 20:11, 33:10, 33:11
**new** [2] - 23:16, 39:11
**next** [1] - 24:18
**night** [1] - 29:18
**nine** [3] - 26:7, 31:10
**NO** [1] - 1:2
**nobody** [1] - 10:5
**none** [1] - 18:14
**normal** [1] - 21:9
**North** [2] - 2:3, 41:8
**Northeast** [1] - 1:13
**note** [2] - 33:22
**noted** [2] - 34:23, 36:24
**nothing** [2] - 13:17, 27:23
**notice** [1] - 40:6
**noting** [1] - 7:22
**November** [2] - 34:6
**numerous** [1] - 28:1

## O

**o'clock** [1] - 13:8

**object** [1] - 39:21
**objection** [2] - 18:1, 34:21
**objections** [1] - 4:23
**objectives** [1] - 35:18
**obligations** [1] - 38:7
**obviously** [8] - 12:16, 13:24, 14:9, 16:1, 16:9, 19:12, 20:18, 21:6
**occurred** [1] - 7:24
**OF** [2] - 1:1, 1:4
**offense** [14] - 5:9, 5:10, 5:19, 11:6, 11:13, 13:16, 13:24, 16:15, 20:18, 34:25, 35:2, 35:14, 36:18, 36:25
**offered** [2] - 8:23, 15:2
**Office** [2] - 38:14, 38:15
**office** [1] - 39:3
**officer** [2] - 5:23, 6:11
**OFFICER** [3] - 4:18, 11:23, 40:20
**Official** [1] - 41:8
**official** [1] - 2:2
**one** [19] - 5:4, 6:4, 7:22, 9:9, 11:3, 19:20, 20:18, 23:10, 26:4, 27:5, 27:14, 28:19, 30:16, 31:14, 34:5, 37:11, 37:12
**one-for-one** [1] - 6:4
**one-month** [1] - 34:5
**one-on-one** [1] - 23:10
**openly** [1] - 18:15
**operate** [1] - 19:17
**operating** [3] - 5:23, 6:10, 17:15
**opportunity** [7] - 4:21, 8:23, 22:19, 25:1, 25:21, 30:22, 31:5
**order** [2] - 39:19, 40:10
**organization** [1] - 31:19
**originated** [1] - 5:24
**ought** [1] - 7:1
**outreach** [1] - 23:8
**outside** [1] - 8:8
**overall** [1] - 20:15
**overprotective** [1] - 30:13
**own** [4] - 25:6, 25:15, 35:11, 36:2
**owner** [1] - 16:25

## P

**p.m** [2] - 1:6, 40:21
**Page** [3] - 3:3, 3:6, 3:15
**Pages** [1] - 1:8
**paid** [13] - 6:3, 6:6, 6:19, 6:20, 15:22, 16:8, 16:9, 16:25, 17:1, 18:7, 33:15, 34:8, 39:14
**paper** [1] - 35:1
**papers** [2] - 6:3, 12:14, 29:20
**Paragraph** [1] - 34:22
**parent** [2] - 25:9, 30:13, 30:14
**part** [6] - 14:12, 14:13, 19:23, 19:24, 23:16, 26:17
**participants** [1] - 34:24
**particular** [1] - 34:10
**parties** [3] - 5:16, 11:15, 40:11
**partnership** [1] - 23:17
**past** [3] - 22:24, 23:2, 25:5
**Pastor** [1] - 22:5
**pastor** [2] - 22:25, 27:14
**patient** [1] - 6:4
**patients** [2] - 19:13, 19:16
**pauperis** [1] - 40:9
**Pause** [1] - 4:9
**pay** [9] - 38:1, 38:2, 38:6, 38:8, 38:10, 38:17, 38:22, 39:17, 40:7
**payable** [3] - 18:10, 18:22, 38:20
**payers** [1] - 7:17
**paying** [1] - 19:22
**payment** [6] - 20:7, 20:8, 20:9, 34:11, 38:12, 38:15
**payments** [1] - 38:17
**people** [16] - 12:11, 12:25, 13:1, 13:3, 13:7, 14:10, 15:15, 19:25, 20:2, 21:24, 23:8, 26:18, 26:19, 26:20, 27:22
**per** [1] - 38:9
**percent** [2] - 38:6, 38:11
**percentage** [5] - 15:22, 16:25, 20:8, 20:9, 20:24

**percentage-based** [2] - 20:8, 20:9
**perfect** [1] - 27:21
**period** [4] - 19:21, 24:7, 34:5, 37:10
**periods** [1] - 20:3
**perpetrators** [2] - 10:24, 33:9
**person** [10] - 5:14, 8:1, 8:2, 8:17, 25:23, 27:5, 28:21, 29:3, 29:14, 39:2
**personal** [2] - 28:18, 31:2
**personalities** [1] - 37:11
**personality** [1] - 24:3
**personally** [1] - 24:6
**pharmaceutical** [1] - 31:20
**pharmacies** [6] - 15:17, 17:16, 18:16, 19:21, 35:6, 35:8
**pharmacy** [1] - 18:11
**physicians** [2] - 19:14, 19:15
**pick** [1] - 27:17
**picture** [1] - 8:25
**place** [1] - 10:11
**placement** [1] - 39:25
**Plaintiff** [1] - 1:5
**play** [1] - 16:15
**played** [2] - 6:5
**plea** [3] - 7:24, 8:3, 8:9
**plead** [1] - 8:1
**pleadings** [1] - 12:18
**pleads** [1] - 8:3
**pleas** [1] - 20:15
**pled** [4] - 7:19, 20:12, 33:4, 33:6
**point** [2] - 14:25, 21:18
**points** [2] - 19:20, 34:21
**poor** [2] - 23:8, 32:4
**portray** [4] - 29:11, 29:14, 29:19, 29:25
**position** [3] - 11:12, 12:8, 21:11
**positions** [1] - 17:8
**positive** [1] - 28:14
**possessing** [2] - 39:7, 39:8
**possession** [1] - 36:6
**possible** [1] - 27:4
**postdates** [1] - 8:11
**pours** [1] - 23:6
**pray** [2] - 24:10, 25:19
**prayerfully** [1] - 24:8

**PRE** [1] - 3:9
**preclude** [1] - 38:17
**preexisting** [1] - 18:7
**prescriptions** [2] - 35:6, 35:8
**present** [1] - 4:13
**Present** [1] - 1:22
**presented** [1] - 8:25
**presentence** [1] - 4:22
**pressure** [1] - 24:8
**previous** [1] - 7:16
**primary** [1] - 7:9
**prison** [3] - 30:11, 38:6, 38:8
**prisons** [1] - 25:12
**Prisons** [3] - 37:22, 38:14, 39:2
**private** [2] - 7:17, 19:24
**privileged** [1] - 30:21
**probation** [1] - 39:3
**Probation** [4] - 4:17, 4:19, 34:22, 38:14
**PROBATION** [2] - 4:18, 11:23
**Probation's** [1] - 4:23
**proceedings** [4] - 4:1, 4:9, 40:21, 41:3
**Proceedings............ ........................** [1] - 3:16
**profit** [1] - 19:8
**profits** [3] - 15:1, 17:12, 20:20
**program** [3] - 7:18, 23:16, 39:24
**programs** [5] - 11:3, 36:10, 37:16
**prohibited** [1] - 39:6
**promote** [1] - 37:3
**proposed** [1] - 39:19
**prosecutor** [3] - 29:7, 32:17, 32:18
**provide** [2] - 37:4, 37:18
**provided** [1] - 36:1
**providers** [1] - 14:23
**providing** [1] - 19:14
**PSI** [1] - 39:25
**PSR** [1] - 21:12
**punishment** [2] - 25:19, 37:4
**puts** [3] - 17:19, 17:23, 28:5

## Q

**quarter** [1] - 38:9
**questioned** [2] - 16:2, 28:23

questions [1] - 21:16
quickly [1] - 25:4
quiet [1] - 23:11
quite [3] - 9:15, 35:23, 35:24

**R**

radar [2] - 7:10, 7:11
raised [1] - 25:8
raises [1] - 13:24
Ramamurthy [23] - 5:15, 5:24, 6:13, 7:7, 7:14, 10:10, 10:15, 12:7, 12:9, 14:6, 14:9, 14:16, 14:17, 14:21, 16:18, 17:7, 17:11, 19:5, 19:19, 20:4, 21:9, 33:6
Ramamurthy's [4] - 9:13, 15:13, 18:8, 18:12
ran [1] - 18:20
range [8] - 10:2, 10:3, 11:8, 11:9, 11:19, 17:23, 35:15, 35:20
RASHBAUM [8] - 1:16, 21:21, 21:23, 22:3, 24:18, 25:23, 29:6, 40:2
Rashbaum [4] - 1:17, 4:12, 12:23, 21:19
rate [2] - 17:2, 38:11
RDAP [1] - 39:24
reaches [1] - 23:9
read [4] - 12:18, 29:20, 29:21, 31:2
ready [1] - 25:18
really [6] - 6:6, 7:25, 9:11, 29:4, 36:19, 37:16
reason [2] - 10:25, 33:12
receive [2] - 18:4, 18:6
received [6] - 8:10, 16:19, 20:13, 33:9, 33:13, 34:8
recently [1] - 31:17
recognizes [2] - 5:9, 10:16
recommend [1] - 39:24
recommendations [1] - 40:4
recommended [1] - 35:14
recruiters [1] - 18:14
recruiting [4] - 6:3, 6:4, 14:11, 14:13
red [1] - 16:4

reduce [1] - 9:22
referenced [1] - 20:21
references [2] - 19:25, 20:10
referral [1] - 35:5
referred [1] - 5:21
reflective [1] - 20:17
regrettably [1] - 20:5
regulatory [1] - 15:10
reimbursement [1] - 15:23
relate [1] - 31:1
relates [1] - 12:20
relation [1] - 12:5
relationally [1] - 20:17
relationship [2] - 27:7, 31:11
relationships [2] - 27:2, 27:10
release [5] - 38:10, 38:24, 38:25, 39:1, 39:4
released [1] - 39:3
reliability [1] - 26:20
remaining [1] - 40:16
remarks [1] - 35:24
remember [1] - 25:13
remorse [1] - 32:2
remorseful [1] - 13:15
removed [1] - 16:12
repetitive [1] - 35:1
report [5] - 4:22, 4:23, 21:12, 38:16, 39:2
REPORTED [1] - 2:2
Reporter [2] - 2:2, 41:8
Reporter's [1] - 3:16
represent [2] - 26:3, 26:5
represented [1] - 30:5
represents [2] - 5:19, 27:4
requested [1] - 40:12
require [1] - 35:11
requirement [1] - 39:11
research [1] - 31:19
respect [5] - 10:1, 25:7, 27:3, 27:24, 37:3
responsibility [2] - 9:2, 12:5
responsible [2] - 15:16, 33:5
restitution [11] - 21:6, 21:11, 38:2, 38:3, 38:11, 38:15, 38:19, 38:23, 39:13, 39:14
restored [1] - 23:1

restriction [2] - 39:12
results [1] - 36:9
retainer [1] - 16:9
reviewing [1] - 4:21
rewarded [1] - 36:15
Ridges [1] - 26:21
rise [2] - 12:13, 40:20
robbery [1] - 36:7
role [17] - 5:16, 5:17, 5:19, 6:5, 6:10, 7:10, 11:15, 12:20, 13:23, 14:2, 16:15, 17:18, 18:24, 20:2, 20:19, 20:20, 27:1
rom [1] - 26:25
rom-coms [1] - 26:25
room [2] - 23:7, 23:11
routine [1] - 29:12
RPR [2] - 2:2, 41:7
Rule [1] - 9:20
rules [1] - 10:4
RULING [1] - 37:19
run [2] - 37:25, 38:25
running [1] - 15:19

**S**

S-C-H-O-L-T-E-S [1] - 30:20
Sahs [2] - 6:1, 17:8
satisfy [1] - 38:19
saw [2] - 26:17, 30:3
scenario [1] - 6:4
schedule [1] - 38:12
scheme [23] - 5:12, 5:14, 5:23, 6:6, 6:7, 6:9, 7:8, 7:10, 7:19, 7:23, 8:8, 8:11, 10:17, 16:22, 18:4, 19:11, 19:17, 20:14, 20:15, 20:18, 33:10, 36:9
schemes [1] - 6:23
Schnitzer [2] - 24:19, 24:24
SCHNITZER [4] - 24:20, 24:23, 25:1
Scholtes [69] - 4:2, 4:12, 4:15, 4:20, 5:11, 5:13, 5:15, 5:21, 6:2, 6:5, 6:14, 6:15, 6:18, 6:19, 6:22, 7:2, 7:19, 7:25, 8:3, 8:9, 8:17, 8:19, 8:23, 8:24, 9:18, 10:11, 10:14, 16:24, 17:14, 18:5, 18:20, 19:4, 19:14, 20:1, 22:3, 25:2, 25:17, 26:4, 26:7, 26:16,

27:24, 28:5, 28:8, 29:4, 30:1, 30:6, 30:17, 30:20, 32:12, 32:22, 33:4, 33:9, 33:19, 33:25, 34:3, 34:7, 34:15, 34:19, 35:14, 35:25, 36:3, 36:11, 37:11, 37:22, 40:5, 40:11, 40:16, 40:18
SCHOLTES [1] - 1:7
Scholtes's [5] - 5:19, 7:13, 10:3, 32:24, 36:2
school [3] - 14:16, 26:9, 26:22
Scripture [1] - 28:2
second [2] - 5:11, 5:14
second-most [1] - 5:14
Section [1] - 35:16
section [1] - 7:15
SECURITY [1] - 40:20
see [11] - 12:13, 15:4, 18:12, 21:3, 21:4, 21:12, 28:16, 29:15, 32:22
seek [1] - 39:15
seeking [1] - 35:17
sees [1] - 19:6
selfless [1] - 26:19
senior [1] - 26:9
sentence [15] - 8:5, 9:23, 10:2, 11:6, 11:7, 11:9, 25:20, 35:17, 35:20, 35:21, 37:7, 39:20, 39:22, 40:6
sentenced [12] - 5:25, 10:16, 12:7, 12:9, 14:2, 16:23, 17:6, 17:10, 17:21, 19:3, 35:23, 36:21
SENTENCING [1] - 1:9
sentencing [15] - 4:21, 4:24, 7:16, 12:17, 12:19, 17:5, 35:18, 36:1, 36:5, 36:6, 36:7, 36:8, 36:16, 37:3, 37:5
sentencings [5] - 29:9, 29:10, 29:24, 32:19
Senthil [8] - 5:15, 5:24, 6:12, 6:13, 7:7, 9:13, 10:10, 10:15
serious [5] - 9:4, 11:1, 20:18, 37:2

seriousness [4] - 5:8, 5:10, 13:16, 13:19
serve [1] - 31:9
set [2] - 17:11, 18:5
seven [1] - 23:2
several [2] - 21:10, 34:17
severely [1] - 38:3
share [3] - 17:12, 22:20, 31:22
shared [1] - 20:20
shocked [1] - 26:11
short [1] - 16:4
show [2] - 24:7, 24:10
shy [2] - 16:10, 17:2
siblings [1] - 26:15
side [3] - 15:7, 15:9, 15:20
sidebar [1] - 21:16
signed [1] - 40:10
similar [1] - 32:25
simply [1] - 18:25
sin [1] - 32:1
single [2] - 18:3, 25:9
sit [1] - 12:15
sitting [2] - 29:14, 33:13
six [2] - 12:24, 23:19
skills [2] - 15:20, 23:22
smarter [1] - 29:13
society [3] - 11:5, 28:11, 28:15
someone [5] - 21:7, 21:12, 26:12, 26:19
somewhere [2] - 10:14, 19:4
sophisticated [12] - 7:3, 10:4, 10:6, 10:8, 10:9, 10:14, 11:17, 12:22, 14:1, 18:1, 34:21, 35:10
Sornoza [2] - 1:22, 4:19
sorrow [1] - 32:2
sorry [3] - 22:11, 22:12, 29:2
sort [8] - 5:22, 6:10, 14:7, 14:8, 15:20, 18:24, 19:5, 20:19
soul [1] - 24:13
Southern [1] - 39:14
SOUTHERN [1] - 1:1
spanned [1] - 11:2
speaking [2] - 26:4, 33:19
speaks [2] - 10:24, 34:18
special [4] - 18:6, 39:10, 39:13, 39:17

**Special** [2] - 1:22, 4:4
**specific** [2] - 10:19, 10:21
**Spectrum** [2] - 20:11, 20:21
**spell** [2] - 22:15, 24:21
**spends** [1] - 23:5
**spent** [1] - 22:23
**stand** [2] - 30:24, 33:2
**standard** [1] - 39:5
**standing** [1] - 32:18
**standpoint** [1] - 12:5
**stands** [5] - 9:3, 10:16, 12:5, 25:18, 27:14
**Stanley** [1] - 25:4
**start** [3] - 16:20, 17:22, 22:5
**started** [4] - 13:21, 14:14, 14:18, 26:8
**starting** [1] - 13:12
**starts** [1] - 7:14
**state** [2] - 4:10, 22:11
**STATES** [3] - 1:1, 1:4, 1:10
**states** [1] - 11:2
**States** [7] - 1:13, 4:2, 4:4, 11:7, 39:17, 40:15, 41:8
**status** [1] - 21:5
**stay** [1] - 21:15
**stealing** [1] - 37:15
**stepfather** [1] - 26:10
**STEPHANIE** [2] - 2:2, 41:7
**Stephanie_McCarn @flsd.uscourts. gov** [1] - 2:5
**steps** [2] - 18:18, 35:1
**still** [4] - 10:4, 13:7, 21:15, 29:16
**stipulate** [1] - 11:15
**stipulated** [1] - 10:7
**stop** [1] - 13:6
**stops** [2] - 19:22, 20:3
**Street** [1] - 1:13
**strictly** [1] - 18:2
**submit** [1] - 5:16
**substance** [1] - 39:8
**substantial** [1] - 9:24
**substantially** [1] - 20:1
**succeed** [1] - 23:12
**success** [1] - 24:2
**sufficient** [2] - 35:17, 37:7
**Suite** [1] - 1:18
**summer** [1] - 14:22
**superseding** [1] - 9:15

**supervised** [2] - 38:25, 39:4
**supervising** [1] - 6:6
**supervision** [1] - 39:5
**supplies** [1] - 25:14
**supply** [1] - 39:19
**support** [3] - 5:18, 11:4, 31:14
**surrender** [1] - 40:11
**surround** [1] - 26:18
**systems** [2] - 18:22, 35:4

**T**

**table** [2] - 4:5, 29:15
**tables** [1] - 33:13
**targeted** [1] - 11:3
**targeting** [1] - 7:18
**Taylor** [3] - 25:24, 25:25, 26:2
**teaching** [4] - 14:15, 23:5, 23:10, 23:22
**telehealth** [3] - 17:16, 18:15, 19:13
**term** [2] - 37:23
**terms** [4] - 17:15, 18:10, 18:21, 19:2
**testimony** [3] - 23:10, 29:2, 31:2
**testing** [5] - 7:19, 7:23, 8:12, 20:6, 20:24
**THE** [42] - 1:10, 1:12, 1:16, 3:3, 3:6, 4:2, 4:8, 4:10, 4:14, 4:16, 4:17, 4:20, 4:25, 5:1, 5:6, 11:11, 11:16, 11:19, 11:24, 13:1, 13:5, 13:10, 21:22, 22:2, 22:8, 22:11, 22:15, 22:17, 24:17, 24:21, 24:25, 25:22, 29:5, 30:19, 30:20, 32:12, 32:15, 34:20, 37:19, 37:20, 40:4, 40:17
**therefore** [2] - 38:2, 38:23
**third** [2] - 9:16, 26:8
**thoughtfulness** [1] - 27:6
**thoughts** [1] - 26:5
**three** [14] - 10:7, 10:15, 12:6, 12:9, 14:1, 16:23, 17:6, 17:20, 19:2, 21:24, 36:21, 38:25, 39:19
**tied** [1] - 6:24
**today** [7] - 10:6, 13:14,

13:17, 25:18, 32:10, 33:25, 35:24
**together** [3] - 14:8, 31:4, 31:11
**Tom** [2] - 22:5, 22:14
**took** [3] - 6:12, 31:15
**top** [2] - 19:6, 31:20
**total** [3] - 16:21, 19:19, 39:18
**totality** [1] - 34:15
**touch** [1] - 32:25
**toward** [1] - 38:7
**towards** [1] - 26:5
**track** [2] - 18:10, 35:4
**trail** [1] - 35:1
**transactions** [1] - 18:9
**transcription** [1] - 41:3
**transitional** [1] - 23:19
**treated** [1] - 27:23
**treats** [1] - 27:2
**Tri** [1] - 25:12
**Tri-County** [1] - 25:12
**trial** [1] - 34:12
**TRICARE** [5] - 15:23, 19:22, 35:7, 36:20
**tried** [1] - 29:18
**troubled** [2] - 37:9, 37:10
**true** [5] - 5:23, 6:2, 26:13, 26:16, 27:24
**truly** [5] - 22:21, 23:14, 24:6, 24:12, 26:19
**trust** [1] - 28:8
**truth** [1] - 18:19
**try** [3] - 21:23, 29:11, 29:14
**trying** [1] - 28:9
**turn** [2] - 35:16, 38:20
**Twelfth** [2] - 2:3, 41:8
**two** [13] - 4:6, 7:19, 9:15, 11:3, 15:17, 26:5, 26:15, 32:25, 34:21, 36:10, 37:11, 39:24, 40:11
**type** [2] - 10:23, 20:9
**types** [1] - 27:10

**U**

**U.S** [5] - 4:19, 35:16, 38:14, 38:15
**Uddin** [4] - 5:25, 8:2, 14:19, 38:4
**ultimately** [3] - 9:23, 11:8
**unable** [2] - 27:16, 40:7
**unbelievably** [1] -

23:6
**under** [6] - 17:3, 17:10, 17:19, 24:8, 33:5, 35:13
**underrepresentation** [1] - 33:3
**unexpected** [1] - 38:18
**unfortunately** [2] - 7:11, 21:11
**unimaginably** [1] - 28:12
**UNITED** [3] - 1:1, 1:4, 1:10
**United** [9] - 1:13, 4:2, 4:4, 11:7, 23:16, 23:17, 39:17, 40:15, 41:8
**unlawfully** [1] - 39:7
**unless** [1] - 13:2
**unlike** [3] - 7:20, 8:22, 18:5
**unlovable** [2] - 23:6, 23:15
**unpaid** [1] - 39:12
**unquestioning** [1] - 28:8
**unsheltered** [1] - 23:8
**unwarranted** [2] - 17:13, 37:3
**up** [16] - 6:16, 7:24, 8:16, 12:23, 13:13, 16:24, 17:11, 17:19, 18:6, 21:19, 22:1, 24:19, 26:4, 27:18, 30:2, 33:12
**upfront** [1] - 16:8
**upsets** [1] - 26:24
**USPO** [1] - 1:22

**V**

**valued** [1] - 24:14
**variance** [2] - 34:13, 34:14
**venture** [2] - 14:7, 14:8
**victims** [1] - 38:21
**view** [2] - 16:19, 32:19
**violence** [1] - 26:23
**violent** [1] - 36:7
**volumes** [2] - 10:24, 34:18
**voluntary** [1] - 40:10
**volunteer** [3] - 24:14, 28:16, 31:5
**volunteered** [1] - 23:21
**volunteerism** [1] - 22:24

**volunteers** [1] - 28:3
**vouch** [2] - 28:22, 28:24
**vs** [1] - 1:6
**vulnerable** [1] - 11:5

**W**

**W-I-S-H-N-O-V** [1] - 26:1
**wages** [2] - 38:5, 38:6
**watch** [1] - 26:23
**watches** [1] - 26:24
**ways** [2] - 14:5, 28:2
**week** [1] - 27:17
**weekends** [1] - 25:10
**weekly** [1] - 23:7
**weeks** [1] - 23:23
**weighing** [2] - 12:4, 13:20
**weighs** [1] - 17:5
**whereas** [1] - 14:6
**white** [1] - 36:8
**white-collar** [1] - 36:8
**whole** [3] - 22:23, 23:11, 24:3
**wife** [2] - 22:6, 30:8
**wind** [1] - 16:24
**window** [1] - 6:17
**wisdom** [1] - 24:9
**wish** [1] - 32:2
**Wishnov** [4] - 25:24, 25:25, 26:2
**WISHNOV** [1] - 25:25
**WITNESSES** [3] - 3:2, 3:3, 3:6
**woke** [1] - 30:2
**woman** [2] - 27:5, 31:10
**women** [4] - 23:18, 27:3, 27:11
**wonderful** [2] - 26:13, 29:3
**word** [2] - 27:8, 31:14
**words** [4] - 25:2, 26:4, 26:6, 32:14
**world** [1] - 15:4, 31:21
**worse** [1] - 9:1
**worst** [1] - 8:17
**worthy** [1] - 37:16
**would-be** [1] - 10:24
**written** [1] - 31:2
**wrongdoing** [2] - 29:15, 29:16

**Y**

**year** [1] - 31:17
**years** [21] - 21:10, 22:22, 22:24, 23:2,

25:5, 25:11, 25:13,
26:7, 29:7, 29:8,
29:16, 30:4, 30:10,
30:15, 31:6, 31:10,
38:25
**young** [2] - 26:15,
27:5